### Page 34

| Time | # | Text |
|---|---|---|
| 11:17:04 | 1 | thinks he just doesn't hear a car count? He's not |
| 11:17:08 | 2 | hearing anything? |
| 11:17:08 | 3 | MR. NEUER: Form. |
| 11:17:12 | 4 | A. Yes. |
| 11:17:12 | 5 | Q. (BY MR. COLLINS) Okay. When would it be |
| 11:17:14 | 6 | proper for him to stop? |
| 11:17:16 | 7 | A. At or before half the distance. |
| 11:17:20 | 8 | Q. Okay. Can he keep -- can the operator keep |
| 11:17:22 | 9 | track of half the distance or does he have to be told |
| 11:17:26 | 10 | what half the distance is? |
| 11:17:30 | 11 | MR. NEUER: Form. |
| 11:17:30 | 12 | Q. (BY MR. COLLINS) I mean, is there a way for |
| 11:17:32 | 13 | him to determine he's moved half the distance |
| 11:17:36 | 14 | independently of what he's being told on the radio? |
| 11:17:38 | 15 | A. Yeah, just by watching outside the window of |
| 11:17:42 | 16 | the locomotive he knows approximately how far a car |
| 11:17:42 | 17 | length is. |
| 11:17:48 | 18 | Q. Okay. On a stop -- on a shove of about ten |
| 11:17:52 | 19 | cars, typically the operator would start applying the |
| 11:17:58 | 20 | brakes when five cars had been moved, correct? |
| 11:18:02 | 21 | MR. NEUER: Form. |
| 11:18:02 | 22 | A. No. |
| 11:18:02 | 23 | Q. (BY MR. COLLINS) When would he typically |
| 11:18:04 | 24 | apply the brake? |
| 11:18:06 | 25 | A. It would depend on too many factors to answer |

### Page 35

| Time | # | Text |
|---|---|---|
| 11:18:06 | 1 | that question. |
| 11:18:06 | 2 | Q. What factors would it depend on? |
| 11:18:08 | 3 | A. Grade, tonnage, locomotive size. |
| 11:18:22 | 4 | Q. At the Deer Park Rail Terminal where this |
| 11:18:24 | 5 | accident occurred what's the grade? |
| 11:18:26 | 6 | A. I have no idea. |
| 11:18:30 | 7 | Q. Okay. Do you know what the tonnage of the |
| 11:18:30 | 8 | cars that were being moved at the time of the accident |
| 11:18:32 | 9 | were? |
| 11:18:32 | 10 | A. No, sir. |
| 11:18:36 | 11 | Q. And what is the locomotive size? |
| 11:18:38 | 12 | A. It's a 1500 horsepower switcher. |
| 11:18:52 | 13 | Q. Would Devon Stroud at the time of the accident |
| 11:18:54 | 14 | before he started the move need to know the tonnage |
| 11:18:58 | 15 | before he started the move? |
| 11:19:00 | 16 | A. No, sir. |
| 11:19:04 | 17 | Q. Okay. What about the grade? |
| 11:19:04 | 18 | A. He would be familiar with the grade by |
| 11:19:08 | 19 | operating in that facility. He wouldn't know the |
| 11:19:12 | 20 | degree of grade. |
| 11:19:16 | 21 | Q. Okay. Why wouldn't he need to know the |
| 11:19:18 | 22 | tonnage? |
| 11:19:20 | 23 | A. There's no way for him to know that. |
| 11:19:36 | 24 | Q. So, without knowing the tonnage, when does he |
| 11:19:38 | 25 | know to brake? |

### Page 36

| Time | # | Text |
|---|---|---|
| 11:19:40 | 1 | A. It's just by the way, the way it feels as |
| 11:19:46 | 2 | you're moving the cars around. In an operator's |
| 11:19:52 | 3 | training he brakes throughout the process of stopping. |
| 11:20:00 | 4 | Brakes and advances his throttle to keep or maintain a |
| 11:20:04 | 5 | constant speed. |
| 11:20:56 | 6 | Q. Did you take the pictures? |
| 11:21:00 | 7 | A. No. |
| 11:21:00 | 8 | Q. Do you know who took pictures at the accident |
| 11:21:02 | 9 | scene? |
| 11:21:02 | 10 | A. No, I don't. |
| 11:21:12 | 11 | Q. Is there any -- on the ladder track is there |
| 11:21:16 | 12 | any markers on there to help you determine distance or |
| 11:21:22 | 13 | what point something is stopped or anything? Like the |
| 11:21:26 | 14 | equivalent I would have is like a mile marker on the |
| 11:21:28 | 15 | freeway, is there any kind of markers on there? |
| 11:21:50 | 16 | A. No, sir. |
| 11:21:50 | 17 | Q. Okay. With particular the cars that were |
| 11:21:52 | 18 | being moved when Alex was injured, do you know where |
| 11:21:56 | 19 | those cars were -- what was being done with those cars |
| 11:21:58 | 20 | and where they were destined at that point? |
| 11:22:06 | 21 | A. No, sir. |
| 11:22:06 | 22 | Q. What would be the best information to look at |
| 11:22:08 | 23 | to determine that? |
| 11:22:10 | 24 | A. It would be a switch list. |
| 11:22:14 | 25 | Q. Okay. What on the switch list would tell me? |

### Page 37

| Time | # | Text |
|---|---|---|
| 11:22:16 | 1 | A. There would be a note on the -- next to the |
| 11:22:20 | 2 | car number being what classification it was. |
| 11:22:20 | 3 | (Plaintiff's Exhibit 5 marked.) |
| 11:23:00 | 4 | Q. (BY MR. COLLINS) I want to hand you what's |
| 11:23:02 | 5 | been marked as Plaintiff's Exhibit Number 5. |
| 11:23:06 | 6 | A. Okay. |
| 11:23:06 | 7 | Q. Can you identify that document for me? |
| 11:23:08 | 8 | A. Yes, it's a switch list from Deer Park Rail |
| 11:23:12 | 9 | Terminal. |
| 11:23:14 | 10 | Q. Okay. And how do you know that's a switch |
| 11:23:14 | 11 | list from Deer Park? I'm going to ask some kind of |
| 11:23:18 | 12 | obviously stupid questions right here, but I just want |
| 11:23:22 | 13 | to make sure I can read this properly. How do you know |
| 11:23:28 | 14 | it's a switch list from the Deer Park Rail Terminal? |
| 11:23:32 | 15 | A. Because I see the DPRT, Deer Park Rail on top. |
| 11:23:36 | 16 | Q. And the switch date and report date, that |
| 11:23:38 | 17 | would be 4-04-05, right? |
| 11:23:42 | 18 | A. That's correct. |
| 11:23:42 | 19 | Q. And that would be the date which was April |
| 11:23:44 | 20 | 4th, '05? |
| 11:23:46 | 21 | A. Yes, sir. |
| 11:23:50 | 22 | Q. Okay. And you go down and it says car number |
| 11:23:52 | 23 | 20, it's circled, car -- and in handwriting it's car |
| 11:24:00 | 24 | GATX 040494 was the car that Alex was riding on. Do |
| 11:24:06 | 25 | you know who wrote that? |

10 (Pages 34 to 37)

Page 38

```
11:24:08  1   A. I'm not sure.
11:24:08  2   Q. You don't recognize that handwriting?
11:24:10  3   A. No.
11:24:10  4   Q. Do you have any reason to dispute that was the
11:24:12  5   car he was riding on?
11:24:14  6   A. No.
11:24:16  7   Q. Okay. And what is the -- is there any kind of
11:24:20  8   classification that lets you know where that car was
11:24:22  9   headed?
11:24:26 10   A. No, sir, I don't, I don't know exactly what
11:24:28 11   destination 222 is.
11:24:30 12   Q. But 222 tells you where -- whether that car is
11:24:36 13   outbound or inbound for storage?
11:24:38 14   A. It would be outbound.
11:24:40 15   Q. Okay. It's outbound. Outbound to where?
11:24:42 16   A. I don't know.
11:24:44 17   Q. Okay. And where -- what does the designation
11:24:46 18   GATX stand for?
11:24:50 19       MR. NEUER: Form.
11:24:50 20   A. That's the prefix of the railcar.
11:24:54 21   Q. (BY MR. COLLINS) Okay. And prefix for the
11:24:54 22   railcar, is that to depict who owns the railcar?
11:25:00 23   A. I suppose.
11:25:02 24   Q. Okay. Do you know what GATX stands for, what
11:25:06 25   company?
```

Page 39

```
11:25:08  1   A. No, sir.
11:25:08  2   Q. What is -- next column it says CS and it has
11:25:12  3   PE in it. What does that mean, do you know?
11:25:16  4   A. I'm not sure what that one is.
11:25:20  5   Q. Next column says LE, has an E in it, do you
11:25:24  6   know what that is?
11:25:24  7   A. That would be empty.
11:25:26  8   Q. Empty?
11:25:26  9   A. Loaded or empty, yes, sir.
11:25:28 10   Q. So, if I look up all the way in the column and
11:25:30 11   these were indeed the cars that were in the line when
11:25:34 12   Alex was hurt, all of them were empty, correct?
11:25:38 13   A. Yes, sir, that's what the switch list shows.
11:25:40 14   Q. Okay. And you don't know the column before,
11:25:42 15   what the PE or HE stands for?
11:25:46 16   A. I'm not sure what that is, no.
11:25:46 17   Q. Do you know what that column is supposed to
11:25:48 18   tell you, though, as far as CS?
11:25:52 19   A. I'm not sure what CS signifies.
11:25:56 20   Q. Okay. And the next column over it says yard.
11:25:58 21   What is that referring to?
11:26:02 22   A. That means Deer Park out.
11:26:04 23   Q. Okay. And some of these are empty. Do you
11:26:08 24   know what that means? If they don't -- they're going
11:26:10 25   to stay there?
```

Page 40

```
11:26:12  1       MR. NEUER: Form.
11:26:14  2   A. I don't understand your question.
11:26:16  3   Q. (BY MR. COLLINS) Okay. If you'll look at car
11:26:18  4   number 1 under yard, it's empty?
11:26:22  5   A. Uh-huh. Yes, sir.
11:26:24  6   Q. Does that mean the car is supposed to stay
11:26:26  7   there?
11:26:26  8   A. No. That means the car is empty.
11:26:28  9   Q. No, no, no. Number 1, it says yard and
11:26:32 10   there's nothing written in that column. See that
11:26:36 11   column at the top?
11:26:38 12   A. Oh, the space is empty.
11:26:40 13   Q. Yeah, the space is empty.
11:26:40 14   A. Okay. I thought you meant the car. I'm
11:26:42 15   sorry.
11:26:42 16   Q. I thought I was going crazy.
11:26:46 17   A. That means at the time that car does not ship
11:26:48 18   outbound.
11:26:48 19   Q. Okay. And, so, that's why there's no track
11:26:50 20   destination?
11:26:52 21   A. That is correct.
11:26:52 22   Q. What does the spot destination mean?
11:26:58 23   A. If that car was to go to spot, but there's
11:27:02 24   nothing signified on the switch list.
11:27:02 25   Q. I thought I was going crazy for a minute. Do
```

Page 41

```
11:27:02  1   you know --
11:27:02  2   A. That means at the time that car does not ship
11:27:02  3   outbound.
11:27:04  4   Q. Okay. And, so, that's why there's no track
11:27:04  5   designation?
11:27:04  6   A. That is correct.
11:27:04  7   Q. What does the spot designation mean?
11:27:04  8   A. If that car wants to go to spot, but there's
11:27:04  9   nothing signified on the switch list.
11:27:06 10   Q. And what's the spot?
11:27:06 11   A. It would be the loading rack spot, the fuel
11:27:10 12   rack spot.
11:27:12 13   Q. Okay. And then the fleet, ID numbers, GATX
11:27:16 14   and the business group is GATX, so that's who owns the
11:27:18 15   car?
11:27:20 16   A. Right.
11:27:20 17       MR. NEUER: Form.
11:27:22 18   Q. (BY MR. COLLINS) Right?
11:27:22 19   A. I suppose.
11:27:24 20   Q. And then the last column says U N N A N O, do
11:27:28 21   you know what that stands for?
11:27:30 22   A. Yes, sir, that would be the placard number.
11:27:34 23   Q. Okay. And the placard appears on the car
11:27:36 24   itself?
11:27:36 25   A. Yes.
```

11 (Pages 38 to 41)

## Page 42

```
11:28:34  1       (Plaintiff's Exhibit 6 marked.)
11:28:34  2       Q. (BY MR. COLLINS) I'm going to hand you what's
11:28:36  3   been marked as Plaintiff's Exhibit Number 6. It's
11:28:46  4   titled personal injury report signed by David Jones and
11:28:52  5   it has a map on the back or a diagram. Do you
11:28:58  6   recognize that document?
11:29:00  7       A. Yes.
11:29:02  8       Q. Okay. When is the first time you saw this
11:29:04  9   document?
11:29:04 10       A. Yesterday.
11:29:06 11       Q. How long did you -- what did you do to prepare
11:29:08 12   for your deposition today?
11:29:14 13       A. Mr. Neuer prepared a notebook with some of
11:29:16 14   these same documents in it.
11:29:18 15       Q. Okay. What documents did you look at?
11:29:20 16       A. The incident report, the personnel injury
11:29:22 17   report, the diagram.
11:29:28 18       Q. Okay. Had you looked at these before this
11:29:30 19   time?
11:29:32 20       A. No.
11:29:32 21       Q. Okay. So, since the time of the accident and
11:29:36 22   your deposition today you haven't looked at any of the
11:29:38 23   reports on this accident?
11:29:40 24       A. No.
11:29:40 25       Q. Okay. All right. I want you to turn to the
```

## Page 43

```
11:29:42  1   diagram. Just so I can make sure we understand this,
11:29:58  2   the main track going through the middle, do you
11:30:00  3   understand that to be what was called the ladder track?
11:30:04  4       A. That's correct.
11:30:06  5       Q. Okay. And the track that's going off to the
11:30:08  6   left, the first one from the bottom of the page, do you
11:30:12  7   know what track number that is?
11:30:16  8       A. No.
11:30:16  9       Q. What about the second track number?
11:30:18 10       A. No.
11:30:20 11       Q. Okay.
11:30:20 12       A. I remember them being down in the area of the
11:30:22 13   740s, but I don't remember the exact track.
11:30:26 14       Q. Okay. Are all these tracks the same distance
11:30:32 15   apart, the ones that go off to the left of the ladder
11:30:36 16   track? I mean, is there equal distance between each
11:30:38 17   track or does it vary?
11:30:40 18       A. I'm not sure.
11:30:44 19       Q. Okay. Can you tell me -- first of all, do you
11:30:50 20   have an understanding that the cars that were being
11:30:54 21   moved had first been pulled off of this first track to
11:30:58 22   the left and then pulled on to the ladder track?
11:31:02 23       A. I read that in the statement, yes.
11:31:04 24       Q. Okay. So, the only information you have is
11:31:06 25   from the statement that was made by the people who were
```

## Page 44

```
11:31:08  1   there at the time?
11:31:10  2       A. That's correct.
11:31:12  3       Q. Okay. Do you know how far when that -- before
11:31:16  4   they started doing the shove back, how far the train
11:31:22  5   moved from this track before it stopped?
11:31:28  6       A. Evidently this diagram isn't to scale at all.
11:31:30  7   I don't have any clue.
11:31:32  8       Q. Okay. Do you know where the starting point of
11:31:34  9   the move was?
11:31:36 10       A. I don't recall the track they came out of, no,
11:31:38 11   sir.
11:31:40 12       Q. Okay. But, I mean, do you know -- was it
11:31:44 13   right at the end of the track that it came out of or
11:31:46 14   was it further down the track or do you know?
11:31:50 15       A. I don't understand your question.
11:31:52 16       Q. Okay. Let's kind of look at this together.
11:31:54 17       A. Okay.
11:31:54 18       Q. Let's say we came off this first track and
11:31:56 19   we're just going to call this track 1 --
11:31:56 20       A. Okay.
11:32:00 21       Q. -- for the purposes of these questions. So,
11:32:02 22   they came on track 1 to the ladder track.
11:32:02 23       A. Uh-huh.
11:32:04 24       Q. When they pulled these trains off, did it stop
11:32:08 25   right there at the end of where track 1 meets the
```

## Page 45

```
11:32:12  1   ladder track or did it go down here?
11:32:14  2       MR. NEUER: Form.
11:32:14  3       A. I wasn't there. I have no way of answering
11:32:18  4   that how far they went past.
11:32:18  5       Q. (BY MR. COLLINS) Do you have any information
11:32:18  6   of how far they went? Does anyone have any information
11:32:20  7   on that issue?
11:32:22  8       MR. NEUER: Form.
11:32:22  9       A. I don't.
11:32:24 10       Q. (BY MR. COLLINS) Okay. So, the move, there's
11:32:28 11   no way to determine where the move started?
11:32:32 12       MR. NEUER: Form.
11:32:34 13       Q. (BY MR. COLLINS) In which Alex was injured,
11:32:36 14   right?
11:32:36 15       A. I can't determine that.
11:32:38 16       Q. Okay. Do you know anybody else that was able
11:32:40 17   to determine that?
11:32:42 18       MR. NEUER: Form.
11:32:42 19       A. The people on the crew would have known where
11:32:44 20   they stopped.
11:32:46 21       Q. (BY MR. COLLINS) I'm talking about where they
11:32:46 22   started, the exact --
11:32:48 23       A. Well, they would have started where they
11:32:50 24   stopped.
11:32:50 25       Q. Okay. All right. So, the only people that
```

12 (Pages 42 to 45)

Page 46

| | | |
|---|---|---|
| 11:32:58 | 1 | you know of that would know where -- when they pulled |
| 11:33:04 | 2 | off track 1 and pulled on to the ladder track, where |
| 11:33:06 | 3 | that move stopped, the only people you know who would |
| 11:33:10 | 4 | know that information is the crew? |
| 11:33:10 | 5 | A. That's correct. |
| 11:33:12 | 6 | MR. NEUER: Form. |
| 11:33:14 | 7 | Q. (BY MR. COLLINS) Okay. |
| 11:33:14 | 8 | A. The two ground men. |
| 11:33:16 | 9 | Q. Okay. And there's no way of going through any |
| 11:33:18 | 10 | kind of records or recording data or anything to |
| 11:33:22 | 11 | determine where that was? |
| 11:33:24 | 12 | A. No, sir. |
| 11:33:24 | 13 | Q. Okay. Typically is there any kind of general |
| 11:33:30 | 14 | practice where they stop at the end of the rail or do |
| 11:33:32 | 15 | they go down a little further? |
| 11:33:36 | 16 | MR. NEUER: Form. |
| 11:33:36 | 17 | A. It depends on, like I mentioned before, the |
| 11:33:38 | 18 | stopping distance depends on speed, tonnage and grade. |
| 11:33:52 | 19 | Q. (BY MR. COLLINS) Okay. So, likewise, there's |
| 11:33:54 | 20 | no way to determine exactly where the shove started |
| 11:33:58 | 21 | where Alex was injured? |
| 11:34:02 | 22 | A. Correct. |
| 11:34:02 | 23 | Q. Okay. There's no possible way to even try to |
| 11:34:04 | 24 | figure it out as far as you're concerned, right? |
| 11:34:04 | 25 | A. No, sir. |

Page 47

| | | |
|---|---|---|
| 11:34:08 | 1 | MR. NEUER: Form. |
| 11:34:10 | 2 | Q. (BY MR. COLLINS) Okay. Except by the |
| 11:34:10 | 3 | testimony of people who were actually there? |
| 11:34:14 | 4 | A. That's correct. |
| 11:34:18 | 5 | Q. Okay. Did you draw this diagram? |
| 11:34:20 | 6 | A. No. |
| 11:34:34 | 7 | Q. Okay. I just want to make sure I'm clear. |
| 11:34:36 | 8 | Number 5 has an arrow going in there and it says SW |
| 11:34:40 | 9 | list? |
| 11:34:40 | 10 | A. I believe that would be switch list. |
| 11:34:42 | 11 | Q. And that would have been the switch list |
| 11:34:46 | 12 | someone would have been carrying that was found on the |
| 11:34:48 | 13 | ground after the accident, right? |
| 11:34:50 | 14 | A. That's correct. |
| 11:34:50 | 15 | Q. Okay. |
| 11:36:14 | 16 | MR. COLLINS: We can go off the record |
| 11:36:14 | 17 | for a minute. |
| 11:36:16 | 18 | THE VIDEOGRAPHER: It's 11:36, we're off |
| 11:36:20 | 19 | the record. |
| 11:39:38 | 20 | (Brief recess.) |
| 11:39:38 | 21 | THE VIDEOGRAPHER: Back on the record at |
| 11:39:42 | 22 | 11:39. |
| 11:39:44 | 23 | Q. (BY MR. COLLINS) Okay. I want to turn back |
| 11:39:46 | 24 | to Plaintiff's Exhibit Number 6. Is there anything on |
| 11:39:50 | 25 | this diagram that tells me how far the first car -- the |

Page 48

| | | |
|---|---|---|
| 11:39:56 | 1 | end of the move which would have been the car Alex was |
| 11:40:00 | 2 | on was from track 1, what we've described as track 1? |
| 11:40:06 | 3 | MR. NEUER: Form. |
| 11:40:06 | 4 | A. No, sir. |
| 11:40:08 | 5 | Q. (BY MR. COLLINS) Okay. So, no one measured |
| 11:40:08 | 6 | that distance as far as you can tell? |
| 11:40:10 | 7 | A. Not that I'm aware of. |
| 11:40:16 | 8 | Q. Okay. Also, if Devon Stroud, you know, they |
| 11:40:20 | 9 | started the shove and they were moving cars, if he |
| 11:40:24 | 10 | braked at three cars, he was already into the shove |
| 11:40:28 | 11 | three cars, would that be able to -- would that last |
| 11:40:32 | 12 | car stop on a dime or would there still be some |
| 11:40:36 | 13 | movement after the initial braking? |
| 11:40:38 | 14 | A. There would still be some movement. |
| 11:40:40 | 15 | Q. Okay. And how much movement would depend on |
| 11:40:42 | 16 | how hard he braked and how much he was -- how fast he |
| 11:40:46 | 17 | was going and the tonnage and the grade? |
| 11:40:50 | 18 | A. Yes, sir. |
| 11:40:50 | 19 | Q. Right? Which we don't have any indication of |
| 11:40:52 | 20 | how fast Devon Stroud was moving, right? |
| 11:40:56 | 21 | A. No, sir. |
| 11:40:56 | 22 | Q. Okay. And we don't have any indication except |
| 11:40:58 | 23 | what testimony he may offer in this on how hard he |
| 11:41:04 | 24 | braked? |
| 11:41:06 | 25 | A. Correct. |

Page 49

| | | |
|---|---|---|
| 11:41:06 | 1 | Q. Because there's degrees in which you can |
| 11:41:08 | 2 | brake, right? |
| 11:41:10 | 3 | A. Yes, sir, it's from zero to generally about 35 |
| 11:41:12 | 4 | pounds of pressure. |
| 11:41:18 | 5 | Q. Okay. All right. Was there any indication |
| 11:41:24 | 6 | that any of the hand brakes were applied to any of the |
| 11:41:30 | 7 | cars that were involved in the move in which Alex was |
| 11:41:34 | 8 | injured? |
| 11:41:34 | 9 | A. Not that I'm aware of. |
| 11:41:36 | 10 | Q. Okay. And, in fact, if you're doing -- if |
| 11:41:38 | 11 | someone is doing a shove at the Deer Park Rail |
| 11:41:44 | 12 | Terminal, hand brakes are not supposed to be set on the |
| 11:41:48 | 13 | cars, correct? |
| 11:41:48 | 14 | A. As they're moving, no, sir. |
| 11:41:50 | 15 | Q. Okay. That's right. So, if you start a |
| 11:41:52 | 16 | shove, all the hand brakes are supposed to be off, |
| 11:41:56 | 17 | right? |
| 11:41:56 | 18 | A. That's correct. |
| 11:42:02 | 19 | MR. COLLINS: Okay. I pass the witness. |
| 11:42:04 | 20 | MR. NEUER: We will reserve our |
| 11:42:06 | 21 | questions. |
| 11:42:06 | 22 | THE VIDEOGRAPHER: It's 11:42, we're off |
| 11:42:10 | 23 | the record. |

13 (Pages 46 to 49)

Page 50

1  CHANGES AND SIGNATURE
2
3  PAGE   LINE   CHANGE         REASON
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 51

1   I, JAMES ORMS, have read the foregoing deposition
    and hereby affix my signature that same is true and
2   correct, except as noted above.
3
4
                    JAMES ORMS
5
6
    THE STATE OF    )
7
    COUNTY OF       )
8
        Before me,           , on this day
9   personally appeared JAMES ORMS, known to me (or proved
    to me under oath or through     ) (description of
10  identity card or other document)) to be the person
    whose name is subscribed to the foregoing instrument
11  and acknowledged to me that they executed the same for
    the purposes and consideration therein expressed.
12
        Given under my hand and seal of office
13  this     day of         , 2006.
14
15
            NOTARY PUBLIC IN AND FOR
16             THE STATE OF TEXAS
17
18
19
20
21
22
23
24
25

Page 52

1   CAUSE NO. 2005-38821
2   ALEJANDRO BENAVIDEZ     ) IN THE DISTRICT COURT OF
                            )
3                           )
          VS.               ) HARRIS COUNTY, TEXAS
4                           )
                            )
5   RAILSERVE, INC.         ) 234TH JUDICIAL DISTRICT
6            REPORTER'S CERTIFICATION
             DEPOSITION OF JAMES ORMS
7                January 18, 2006
8       I, Jeanne C. Pearl, Certified Shorthand Reporter
9   in and for the State of Texas, hereby certify to the
10  following:
11      That the witness, JAMES ORMS, was duly sworn by
12  the officer and that the transcript of the oral
13  deposition is a true record of the testimony given by
14  the witness;
15      That the deposition transcript was submitted on
16           , to the witness or to the attorney
17  for the witness for examination, signature and return
18  to me by        ;
19      That the amount of time used by each party at the
20  deposition is as follows:
21
        Mr. Wayne D. Collins - 1 HR: 1 MIN
22
23      That pursuant to information given to the
24  deposition officer at the time said testimony was
25  taken, the following includes counsel for all parties

Page 53

1   of record:
2
        Mr. Wayne D. Collins, Attorney for Plaintiff;
3       Mr. Raymond A. Neuer, Attorney for Defendant.
4
5       I further certify that I am neither counsel for,
6   related to, nor employed by any of the parties or
7   attorneys in the action in which this proceeding was
8   taken, and further that I am not financially or
9   otherwise interested in the outcome of the action.
10      Further certification requirements pursuant to
11  Rule 203 of TRCP will be certified to after they have
12  occurred.
13      Certified to by me this 24th day of January,
14  2006.
15
16
17
            JEANNE C. PEARL, Texas CSR 456
18          Expiration: 12/31/06
            LEGALINK - HOUSTON
19          Firm Registration Number 210
            1235 North Loop West, Suite 510
20          Houston, Texas 77008
            (713) 426-0400
21
22
23
24
25

Page 54

1  FURTHER CERTIFICATION UNDER RULE 203 TRCP
2
3      The original deposition was/was not returned to
4  the deposition officer on            ;
5      If returned, the attached Changes and Signature
6  page contains any changes and the reasons therefor;
7      If returned, the original deposition was delivered
8  to            , Custodial Attorney;
9      That $        is the deposition officer's
10 charges to the Custodial Attorney for preparing the
11 original deposition transcript and any copies of
12 exhibits;
13     That the deposition was delivered in accordance
14 with Rule 203.3, and that a copy of this certificate
15 was served on all parties shown herein on and filed
16 with the Clerk.
17     Certified to by me this     day of     ,
18 2006.
19
20
21
22     JEANNE C. PEARL, Texas CSR 456
        Expiration Date: 12/31/06
23     LEGALINK - HOUSTON
        Firm Registration Number 210
24     1235 North Loop West, Suite 510
        Houston, Texas 77008
25     (713) 426-0400