Exhibit K

CAUSE NO. 2005-38821

| | | |
|---|---|---|
| ALEJANDRO BENAVIDEZ | ) | IN THE DISTRICT COURT OF |
| | ) | |
| VS. | ) | HARRIS COUNTY, TEXAS |
| | ) | |
| RAILSERVE, INC. | ) | 234TH JUDICIAL DISTRICT |

*********************************************

ORAL AND VIDEOTAPED DEPOSITION OF

TIMOTHY BENJAMIN

January 18, 2006

Volume 1

*********************************************

ORAL AND VIDEOTAPED DEPOSITION of TIMOTHY BENJAMIN, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 18th day of January, 2006, from 9:12 a.m. to 10:17 a.m., before Jeanne C. Pearl, CSR in and for the State of Texas, reported by stenography, at the offices of Sheehy, Serpe & Ware, 2500 Two Houston Center, 909 Fannin, Houston, Texas, pursuant to the Texas Rules of Civil Procedure.

1601-75415

Tim Benjamin  -  1-18-06

## Page 2

```
 1              APPEARANCES
 2
    FOR THE PLAINTIFF:
 3     Mr. Wayne D. Collins
       CADDELL & CHAPMAN
 4     1331 Lamar, Suite 1070
       Houston, Texas  77010-3027
 5
    FOR THE DEFENDANT:
 6     Mr. Raymond A. Neuer
       SHEEHY, SERPE & WARE, P.C.
 7     2500 Two Houston Center
       909 Fannin
 8     Houston, Texas  77010-1003
 9  ALSO PRESENT:
       Mr. James Orms
10
    THE VIDEO TECHNICIAN:
11     Mr. Brandon Good
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1              INDEX
 2
 3                              PAGE
    Appearances.......................  2
 4  Index.............................  3
 5  TIMOTHY BENJAMIN
       Examination by Mr. Collins....  4
 6  Changes.......................... 46
    Signature........................ 47
 7  Reporter's Certificate........... 48
    Further Certificate.............. 50
 8
              EXHIBITS
 9  NO. DESCRIPTION               PAGE
     1  Rail Switching Agreement.... 14
10   2  Printout of Railserve's website... 45
11
12
...
25
```

## Page 4

```
09:11:56  1      THE VIDEOGRAPHER: This is tape number 1
09:11:58  2  in the deposition of Tim Benjamin. Today's date is
09:12:00  3  January 18th, 2006. The time is 9:12 a.m. We are now
09:12:04  4  on the record. And the court reporter will swear the
09:12:06  5  witness in.
09:12:06  6      TIMOTHY BENJAMIN,
09:12:06  7  having been first duly sworn, testified as follows:
09:12:16  8      EXAMINATION
09:12:16  9  BY MR. COLLINS:
09:12:16 10      Q. How are you doing? My name is Wayne Collins
09:12:20 11  and I represent Alex Benavidez in a case that we filed
09:12:22 12  against Railserve. Before we start if there's any
09:12:26 13  questions about the questions, that you don't
09:12:30 14  understand anything about the question I just asked
09:12:32 15  you, please let me know, stop and let's make sure we
09:12:34 16  understand each other.
09:12:36 17      A. Yes, sir.
09:12:36 18      Q. If you need to take a break at any time, let
09:12:38 19  me know and we'll take a break and go off the record.
09:12:42 20  Is this -- will you state your full name for the
09:12:46 21  record?
09:12:46 22      A. Timothy James Benjamin.
09:12:48 23      Q. Okay. Where do you currently reside?
09:12:50 24      A. Noonan, Georgia.
09:12:52 25      Q. Okay. What's the address?
```

## Page 5

```
09:12:54  1      A. 300 Brookstone Crest.
09:13:02  2      Q. How long have you resided there?
09:13:04  3      A. Since 1998.
09:13:06  4      Q. By whom are you currently employed?
09:13:08  5      A. Railserve, Incorporated.
09:13:10  6      Q. How long have you been employed by Railserve,
09:13:12  7  Incorporated?
09:13:14  8      A. March 26th of 2001.
09:13:20  9      Q. What position did you hire in on with
09:13:22 10  Railserve in March, 2001?
09:13:24 11      A. As controller.
09:13:26 12      Q. Excuse me?
09:13:26 13      A. As controller.
09:13:28 14      Q. Controller?
09:13:30 15      A. Yes, sir.
09:13:30 16      Q. Okay. And what were your job duties as
09:13:32 17  controller?
09:13:32 18      A. To administrate the financial aspects of
09:13:36 19  Railserve.
09:13:48 20      Q. Does that include negotiating contracts?
09:13:50 21      A. At the time it did not.
09:13:52 22      Q. Okay. Does it now include negotiating
09:13:54 23  contracts?
09:13:56 24      A. Yes, sir.
09:13:56 25      Q. For Railserve?
```

2 (Pages 2 to 5)

Tim Benjamin   -   1-18-06

**Page 6**

```
09:13:58  1    A. Yes, sir.
09:13:58  2    Q. When did you start negotiating contracts for
09:14:00  3  Railserve?
09:14:02  4    A. At the end of 2001.
09:14:06  5    Q. So, by December, 2002 you would have been
09:14:08  6  negotiating contracts on behalf of Railserve, Inc.?
09:14:12  7    A. Yes, sir.
09:14:14  8    Q. Would that include all contracts?
09:14:16  9    A. Yes.
09:14:24 10    Q. Okay. What did you do before March of 2001?
09:14:30 11    A. I was --
09:14:30 12    Q. Go ahead.
09:14:32 13    A. I was a divisional controller for Guardian
09:14:36 14  Industries.
09:14:58 15    Q. As far as your education, what -- do you have
09:15:02 16  a college degree?
09:15:04 17    A. Yes, sir.
09:15:04 18    Q. What did you receive your degree in?
09:15:06 19    A. I have a Bachelor's of Science in general
09:15:10 20  management from the University of Buffalo and an MBA in
09:15:14 21  finance, also from the University of Buffalo.
09:15:14 22    Q. Okay. Is it fair to say since that time until
09:15:16 23  now you've been doing work as a -- in the financial
09:15:22 24  field?
09:15:22 25    A. Yes.
```

**Page 7**

```
09:15:24  1    Q. Okay. Primarily consists of being a
09:15:28  2  controller for various companies?
09:15:32  3    A. Well, that's including responsibilities
09:15:32  4  through that, yes.
09:15:38  5    Q. Okay. When did you graduate college?
09:15:38  6    A. B.S. in '85, MBA in '86.
09:15:50  7    Q. Have you ever given your deposition before?
09:15:52  8    A. Yes.
09:15:54  9    Q. How many times?
09:15:56 10    A. Once as a deposition.
09:15:58 11    Q. Have you testified in trial?
09:16:00 12    A. Yes.
09:16:02 13    Q. Okay. How many times?
09:16:02 14    A. Once.
09:16:06 15    Q. All right. What case did you testify in
09:16:08 16  deposition?
09:16:12 17    A. We were not a named defendant. This was an
09:16:14 18  employee of one of our locations in Savannah that was
09:16:18 19  suing CSX for a defective hand hold on a boxcar.
09:16:44 20    Q. Was he suing under FELA, do you remember?
09:16:48 21    A. I don't recall.
09:16:50 22    Q. Was it safe to assume that Railserve had a
09:16:52 23  contract with CSX?
09:16:54 24    A. No, sir.
09:16:56 25    Q. Okay. How did the employee -- how -- what
```

**Page 8**

```
09:17:02  1  relationship did your testimony have to this matter?
09:17:06  2    A. I testified on behalf of the contractual
09:17:10  3  relationship between us and International Paper and the
09:17:14  4  fact that there was no contractual relationship between
09:17:16  5  us and CSX.
09:17:22  6    Q. Okay. When you testified in trial, what case
09:17:24  7  was that?
09:17:24  8    A. I don't remember the employee's name, but the
09:17:28  9  situation was him claiming negligence when the vehicle
09:17:34 10  door opened and he fell out.
09:17:38 11    Q. Was Railserve a party in that matter?
09:17:40 12    A. It was Intermodal Transfer.
09:17:48 13    Q. Were you employed with Railserve when you gave
09:17:50 14  this testimony?
09:17:52 15    A. Yes.
09:17:52 16    Q. Okay. Did Railserve have a contractual
09:17:54 17  relationship with Intermodal?
09:18:04 18        MR. NEUER: Wait a second.
09:18:08 19        MR. COLLINS: Let's go off the record.
09:18:12 20        THE VIDEOGRAPHER: It's 9:18, we're off
09:18:16 21  the record.
09:18:28 22        (Brief recess.)
09:18:28 23        THE VIDEOGRAPHER: 9:18, we're back on
09:18:36 24  the record.
09:18:38 25    Q. (BY MR. COLLINS) Did Railserve have some type
```

**Page 9**

```
09:18:38  1  of contractual relationship with Intermodal?
09:18:42  2    A. Not a contractual relationship, no, sir.
09:18:44  3    Q. What kind of relationship did they have?
09:18:46  4    A. It's another member company, The Marmon Group.
09:18:50  5    Q. And what's The Marvin Group?
09:18:50  6    A. Marmon Group.
09:18:50  7    Q. Marmon.
09:18:50  8    A. It's the entity that owns Railserve.
09:19:02  9    Q. Okay. Is Railserve considered a subsidiary of
09:19:08 10  The Marmon Group?
09:19:08 11    A. Yes, sir. Technically it's a member company.
09:19:12 12    Q. Define to me what a member company is.
09:19:14 13    A. I don't believe that I really can. On our
09:19:18 14  letterhead and what we're authorized to do, we're
09:19:22 15  authorized to say we're a member company of The Marmon
09:19:28 16  Group.
09:19:28 17    Q. Does The Marmon Group own all the stock of
09:19:32 18  Railserve?
09:19:34 19        MR. NEUER: Form.
09:19:38 20    Q. (BY MR. COLLINS) You can go ahead and answer.
09:19:40 21    A. I honestly don't know how that structure is
09:19:42 22  designed. I can tell you we're 100 percent owned of an
09:19:48 23  entity within that group.
09:19:50 24    Q. 100 percent owned of an entity of that group,
09:19:54 25  can you explain that to me?
```

3 (Pages 6 to 9)

### Page 10

```
09:19:56  1    A. Somewhere within The Marmon Group --
09:19:56  2    Q. Uh-huh.
09:19:58  3    A. -- there is an entity that owns 100 percent of
09:20:00  4    Railserve stock.
09:20:06  5    Q. And who would be the best person to tell me
09:20:08  6    the structure of The Marmon Group and how Railserve
09:20:12  7    fits in?
09:20:12  8    A. I would advise that to be Robert Webb who is
09:20:16  9    the chief legal counsel for Marmon.
09:20:24 10    Q. How long has Railserve been a member of The
09:20:30 11    Marmon Group?
09:20:30 12    A. 1994, I believe.
09:20:48 13    Q. Was Railserve an entity that was acquired by
09:20:52 14    The Marmon Group? It was an independent entity and
09:20:56 15    then acquired by The Marmon Group?
09:20:58 16    A. No, sir.
09:20:58 17    Q. Okay. How did that work then?
09:21:00 18    A. Trackmobile is another member company of
09:21:04 19    Marmon which developed Railserve as an entity.
09:21:14 20    Q. Okay. Was Trackmobile acquired by The Marmon
09:21:18 21    Group?
09:21:18 22    A. I don't know how they came into being part of
09:21:22 23    the group.
09:21:32 24    Q. Okay. As far as Railserve, you're the
09:21:34 25    controller now?
```

### Page 11

```
09:21:36  1    A. My technical title is vice-president of
09:21:38  2    finance and controller.
09:21:48  3    Q. And how many vice-presidents are there? You
09:21:54  4    can approximate if you need to.
09:21:56  5    A. Five.
09:21:58  6    Q. And who do you report to?
09:22:00  7    A. I report to Ken Fischl.
09:22:02  8    Q. What is Ken Fischl's role?
09:22:06  9    A. He is the sector president. Fischl, by the
09:22:14 10    way, is spelled F I S C H L.
09:22:18 11    Q. Okay. Who does he report to, if you know?
09:22:20 12    A. I don't know, sir.
09:22:22 13    Q. Okay. Is he considered the head of the
09:22:24 14    company, head of Railserve?
09:22:26 15    A. No. He's the head of the group of which
09:22:30 16    Railserve is a part.
09:22:36 17    Q. And what group is that?
09:22:38 18    A. Transportation Services and Engineered
09:22:40 19    Products.
09:22:48 20    Q. And what other entities are a member of that
09:22:50 21    group?
09:22:54 22    A. Union Tank Car, Trackmobile, Penn Machine,
09:23:02 23    Enersul, Procor.
09:23:10 24    Q. Anyone else?
09:23:12 25    A. There are a few others whose names -- I'm
```

### Page 12

```
09:23:16  1    trying to go down the list in order of size and the
09:23:18  2    smaller ones aren't coming to me.
09:23:22  3    Q. Okay. And this group, is it fair to say this
09:23:26  4    group all deals with transportation services?
09:23:30  5    A. No, sir.
09:23:30  6    Q. What else do they deal with?
09:23:32  7    A. Here's a good example. Amarillo Wind Gear is
09:23:36  8    a company that makes wind gears.
09:23:46  9    Q. Okay. And this Transportation Services, I'm
09:23:48 10    sorry, I didn't catch the name, Transportation
09:23:50 11    Services?
09:23:50 12    A. And Engineered Products.
09:23:52 13    Q. Engineered Products?
09:23:52 14    A. Uh-huh.
09:23:54 15    Q. Group is a group of entities within The Marmon
09:23:58 16    Group?
09:23:58 17    A. Yes, sir.
09:24:26 18    Q. Okay. Okay. You're familiar with the Deer
09:24:34 19    Park Rail Terminal, correct?
09:24:34 20    A. Yes, sir.
09:24:36 21    Q. Okay. And there's an entity called the Deer
09:24:38 22    Park Rail Terminal, correct?
09:24:40 23    A. Yes, sir.
09:24:40 24    Q. All right. And that entity is owned by U.S.
09:24:42 25    Development, correct?
```

### Page 13

```
09:24:44  1    A. I believe that to be true.
09:24:48  2    Q. Okay. And the Deer Park Rail Terminal --
09:24:52  3    okay. Just for purposes of clarification for this
09:24:56  4    deposition, I want to make sure we got these terms
09:24:58  5    clear. There's a Deer Park Rail Terminal which is the
09:25:02  6    location that's over there near Deer Park and it's a
09:25:06  7    rail terminal. You're familiar with that, right?
09:25:08  8    A. I've been there once.
09:25:10  9    Q. Okay. And then there's an entity that's
09:25:12 10    called the Deer Park Rail Terminal, Inc., right?
09:25:14 11    A. They are one and the same to me.
09:25:22 12    Q. Okay. As far as this deposition is concerned,
09:25:26 13    can we agree that if I'm referring or if we're
09:25:28 14    referring to the actual physical location, we'll refer
09:25:34 15    to that as the Deer Park Rail Terminal and if we're
09:25:36 16    referring to the entity, we're referring to the Deer
09:25:40 17    Park Rail Terminal, Inc.
09:25:40 18    A. Physical location versus the legal
09:25:42 19    designation.
09:25:44 20    Q. Exactly.
09:25:44 21    A. Yes, sir.
09:25:46 22    Q. Okay. I just want to make sure we're clear on
09:25:50 23    that. All right. You recall that in December 3rd,
09:25:52 24    2002 Railserve entered into a contract with Deer Park
09:25:58 25    Rail Terminal, Inc., correct?
```

### Page 14

```
09:26:00  1   A.  Yes.
09:26:04  2   Q.  Okay.
09:26:04  3   A.  And I hesitate because I'm not sure if it's an
09:26:06  4   Inc. or an L.L.C., but yes.
09:26:10  5   Q.  Okay. I'll show you the agreement.
09:26:10  6   A.  Okay.
09:26:10  7   Q.  I'm not trying to trick you.
09:26:16  8         MR. COLLINS: You want to start these
09:26:18  9   with number 1 or you want to leave off where we left
09:26:20 10   off on the other one?
09:26:24 11         MR. NEUER: Why don't we do mine as
09:26:26 12   Defendant's 1 and yours as Plaintiff's 1 and we'll just
09:26:30 13   each number consecutively.
09:26:30 14         MR. COLLINS: Okay.
09:26:34 15         MR. NEUER: How does that sound?
09:26:34 16         MR. COLLINS: Sounds great.
09:26:34 17         (Plaintiff's Exhibit 1 marked.)
09:26:46 18   Q.  (BY MR. COLLINS) I've handed you what's been
09:26:48 19   marked as exhibit, Plaintiff's Exhibit Number 1. Do
09:26:52 20   you recognize that document?
09:26:54 21   A.  Yes, sir.
09:26:54 22   Q.  Okay. And what is that document for the
09:26:56 23   ladies and gentlemen of the jury?
09:26:56 24   A.  This is the rail switching agreement between
09:27:00 25   Deer Park Rail Terminal, Inc. and Railserve, Inc.
```

### Page 15

```
09:27:08  1   Q.  Okay. We're going to go through this
09:27:08  2   contract, but in your own words will you describe for
09:27:12  3   me your understanding of the services Railserve, Inc.
09:27:16  4   was providing to the Deer Park Rail Terminal per this
09:27:20  5   contract?
09:27:24  6   A.  Sure. We will engage with Deer Park Rail
09:27:26  7   Terminal to provide switching services for that
09:27:28  8   location based on the scope of work agreed upon between
09:27:34  9   the two parties.
09:27:38 10   Q.  And when you say switching services, what do
09:27:42 11   you mean by that term?
09:27:42 12   A.  Deer Park Rail Terminal will give us a list of
09:27:46 13   cars that they want placed on certain spots or certain
09:27:50 14   tracks. We will arrange the cars to their request
09:27:56 15   inside their owned or leased space.
09:28:08 16   Q.  And this switch -- this would include coupling
09:28:10 17   cars, correct?
09:28:12 18   A.  Yes, sir.
09:28:14 19   Q.  Okay. And this would include cutting certain
09:28:16 20   cars out to be put on the main track, correct?
09:28:20 21         MR. NEUER: Form.
09:28:22 22   Q.  (BY MR. COLLINS) You can go ahead.
09:28:22 23   A.  Can you restate the question, please?
09:28:24 24   Q.  Yeah. I mean, are you familiar with the term
09:28:26 25   cutting out cars?
```

### Page 16

```
09:28:28  1   A.  Yes, sir.
09:28:28  2   Q.  What does that mean to you?
09:28:30  3   A.  It means that as part of the list of cars Deer
09:28:34  4   Park Rail Terminal would like placed in a specific
09:28:36  5   location, you'll need to take one car from the midst of
09:28:40  6   a stream of cars and place it in a separate spot.
09:28:44  7   Q.  And Railserve was doing that at the Deer Park
09:28:46  8   Rail Terminal, correct?
09:28:48  9   A.  Yes, sir.
09:28:48 10   Q.  And Railserve was going to provide I believe
09:28:56 11   two locomotives to do that with?
09:29:00 12   A.  Railserve owns two locomotives that are there,
09:29:02 13   yes.
09:29:04 14   Q.  Okay. Are there other locomotives there?
09:29:08 15   A.  No, sir.
09:29:08 16   Q.  Is there any other entity as far as you know
09:29:10 17   performing switching operations at the Deer Park Rail
09:29:14 18   Terminal other than Railserve, Inc.?
09:29:18 19   A.  No, sir.
09:29:34 20   Q.  If you'll look at paragraph Roman number IA,
09:29:40 21   just go ahead and read that first paragraph there and
09:29:44 22   I'll ask you a few questions about it.
09:30:08 23   A.  Okay.
09:30:08 24   Q.  Okay. In the first sentence it says operator
09:30:12 25   hereby agrees -- and operator for the term is defined
```

### Page 17

```
09:30:14  1   as Railserve, Inc., correct?
09:30:22  2   A.  Yes, sir.
09:30:26  3   Q.  Okay. And the first part of it, little letter
09:30:30  4   i, it says all switching and movement services. What
09:30:32  5   is meant by movement services?
09:30:36  6         MR. NEUER: Form. Go ahead and answer.
09:30:38  7   A.  To us they're synonymous. They request us to
09:30:42  8   place a car in a spot.
09:30:44  9   Q.  (BY MR. COLLINS) Okay.
09:30:46 10   A.  So, we will switch that car to that spot.
09:30:50 11   Q.  Before we go any further, were you aware of
09:30:54 12   this contract when it was being negotiated?
09:30:58 13   A.  Yes, sir.
09:30:58 14   Q.  Okay. Did you read it before it was signed?
09:31:02 15   A.  Yes, sir.
09:31:02 16   Q.  Okay. Did you make any changes to this
09:31:04 17   contract before it was signed?
09:31:06 18   A.  I'm sure we did.
09:31:08 19   Q.  Okay. Who would have been involved in
09:31:10 20   negotiating this contract with you?
09:31:12 21   A.  It would have been myself.
09:31:16 22   Q.  Just you?
09:31:18 23   A.  I'm sorry, I was waiting for you to write. It
09:31:20 24   would be me with Dan Borgen.
09:31:20 25   Q.  Okay.
```

### Page 18

```
09:31:22  1      A.  And Paul Tucker from U.S. Development.
09:31:28  2      Q.  And who is Dan Borgen?
09:31:30  3      A.  He's one of the principals for U.S.
09:31:34  4   Development.
09:31:36  5      Q.  Okay.  And, in fact, your signature is on the
09:31:38  6   last page of this contract, correct?
09:31:40  7      A.  Yes, sir.
09:31:40  8      Q.  Okay.  With the title controller?
09:31:42  9      A.  Yes, sir.
09:31:56 10      Q.  All right.  Okay.  And in that same sentence,
09:31:58 11   I'm going to read the whole sentence and I'll ask the
09:32:00 12   question.  All switching and movement services for any
09:32:02 13   and all railcars located within the Deer Park Rail
09:32:06 14   Terminal regardless of ownership.  What does regardless
09:32:10 15   of ownership mean in this context?
09:32:14 16              MR. NEUER:  Form.
09:32:14 17      Q.  (BY MR. COLLINS)  You can go ahead and answer.
09:32:16 18      A.  That we will move a car that is owned by an
09:32:18 19   entity that may not necessarily be Deer Park Rail
09:32:30 20   Terminal.
09:32:30 21      Q.  Do you know if Deer Park Rail Terminal owned
09:32:32 22   any of the cars that were on the terminal, in Deer Park
09:32:36 23   Rail Terminal?
09:32:36 24      A.  I do not know if they do or don't.
09:32:44 25      Q.  You do know that Railserve at the Deer Park
```

### Page 19

```
09:32:48  1   Rail Terminal moves cars that are owned other by --
09:32:52  2   owned by other entities other than Deer Park Rail
09:32:58  3   Terminal, though, correct?
09:32:58  4      A.  Yes, we do switch cars owned by other
09:33:02  5   entities.
09:33:06  6      Q.  Okay.  Would you agree that that constitutes a
09:33:08  7   majority of the switching activities that Railserve
09:33:10  8   does at the Deer Park Rail Terminal?
09:33:14  9      A.  I don't understand the question.
09:33:14 10      Q.  Okay.  Does the majority of the work that
09:33:20 11   Railserve does at the Deer Park Rail Terminal involve
09:33:24 12   moving cars owned by entities other than the Deer Park
09:33:30 13   Rail Terminal?
09:33:30 14      A.  Very well.  I believe the preponderance of the
09:33:34 15   switching is done by cars owned by other than Deer Park
09:33:40 16   Rail Terminal.
09:33:50 17      Q.  Okay.  Do you have any idea who owned -- what
09:33:54 18   entities owned the cars that are switched at the Deer
09:33:58 19   Park Rail Terminal by Railserve?
09:34:00 20      A.  No, sir.
09:34:00 21      Q.  Who would know that?
09:34:02 22      A.  The management of Deer Park Rail Terminal.
09:34:10 23      Q.  Do you know any particular people who that
09:34:12 24   would be or just the management at Deer Park Rail
09:34:14 25   Terminal?
```

### Page 20

```
09:34:14  1      A.  I would start with Paul Tucker, Dan Borgen and
09:34:18  2   they can redirect from there.
09:34:38  3      Q.  Okay.  And then the next sentence says, the
09:34:40  4   little letter i, two little i, any other tasks for
09:34:44  5   services reasonably requested by Deer Park Rail
09:34:50  6   Terminal related to the operation of the terminal
09:34:52  7   during the term of this agreement or any extension
09:34:54  8   thereof.  And my question is do you have an
09:34:58  9   understanding what services were reasonably requested
09:35:02 10   or may have been reasonably requested?
09:35:06 11              MR. NEUER:  Form.
09:35:08 12      Q.  (BY MR. COLLINS)  You can go ahead and answer.
09:35:10 13      A.  Can you restate the question for me, please?
09:35:12 14      Q.  In that sentence I'm trying to figure out in
09:35:14 15   your mind did you have an understanding of what
09:35:16 16   services may be reasonably requested?
09:35:22 17      A.  The first and foremost that I know we did do
09:35:24 18   there is provide yardmaster duties.
09:35:28 19      Q.  Okay.  What does yardmaster duties include?
09:35:30 20      A.  That is the person that will take the switch
09:35:34 21   list prepared by Deer Park Rail Terminal, get the
09:35:40 22   switch list to the crews and then be the one that will
09:35:46 23   communicate with the Port Terminal Railroad for when
09:35:48 24   they're dropping off inbound or picking up outbound.
09:35:58 25      Q.  And who are the yardmasters for Deer -- for
```

### Page 21

```
09:36:04  1   Railserve at the Deer Park Rail Terminal in April of
09:36:08  2   2005?
09:36:08  3      A.  I only know one by name.
09:36:10  4      Q.  Who is that?
09:36:10  5      A.  Mike Henderson.
09:36:12  6      Q.  Mike Henderson.  Were there any other duties
09:36:22  7   besides switching and yardmaster duties at the Deer
09:36:26  8   Park -- that Railserve performed at the Deer Park Rail
09:36:30  9   Terminal?
09:36:30 10      A.  Not to the best of my knowledge.
09:37:06 11      Q.  Did Railserve help load cars at the Deer Park
09:37:10 12   Rail Terminal?
09:37:10 13      A.  Not to the best of my knowledge.
09:37:16 14      Q.  Are you saying like, no, that didn't happen or
09:37:20 15   I don't know one way or the other?
09:37:22 16      A.  I don't believe that it happened.
09:37:34 17      Q.  Okay.  Were you aware that Deer Park Rail
09:37:36 18   Terminal ever lined up cars to have -- tank cars to
09:37:40 19   have various petrochemical liquids pumped into them?
09:37:44 20   Is that possible?
09:37:46 21      A.  I'm aware that they have asked us to spot cars
09:37:48 22   in a place that facilitated loading.
09:38:08 23      Q.  And in those cases are you aware who was doing
09:38:12 24   the actual loading of the cars?
09:38:14 25      A.  No, I do not know.
```

**Page 22**

```
09:38:16  1      Q.  Okay.  Do you know whose product was being
09:38:18  2   loaded into the cars?
09:38:20  3      A.  I believe it's Shell's product.
09:38:34  4      Q.  And when you say Shell, you're referring to
09:38:38  5   Shell Oil?
09:38:40  6      A.  Yes.
09:38:40  7      Q.  With various entities that may include.  Okay.
09:38:56  8   I want you to go down to paragraph B on the same page.
09:38:58  9   It says operator shall initiate and maintain a service
09:39:02 10   quality management process which shall include without
09:39:06 11   limitation abiding by objective performance measures
09:39:08 12   and periodic reporting of service performance measures
09:39:12 13   to Deer Park Rail Terminal.  What were the service
09:39:18 14   quality management processes that y'all were going to
09:39:22 15   maintain, that Railserve was going to maintain?
09:39:30 16      A.  There are a number of things in the
09:39:32 17   operational level which I know go on, but I can't
09:39:36 18   delineate what they are.
09:39:38 19      Q.  Okay.
09:39:38 20      A.  I can only speak to meetings I've been
09:39:40 21   involved in.
09:39:40 22      Q.  Okay.  Speak to those.  To the best of your
09:39:44 23   knowledge I'm trying to figure out what that term
09:39:46 24   entails.
09:39:46 25      A.  First of all, they want to make sure we're
```

**Page 23**

```
09:39:50  1   safe as do we.
09:39:50  2      Q.  Uh-huh.
09:39:52  3      A.  So, if there's any incidents out there either
09:39:54  4   caused by us or caused by another party, if there's a
09:39:56  5   problem with a track, we need to discuss those to make
09:39:58  6   sure we can work together to maintain a safe operation.
09:40:00  7   So, I know if there's any incidents out there, we'll
09:40:04  8   report with each other.
09:40:06  9      Q.  Okay.
09:40:06 10      A.  I also know that if there's problems getting
09:40:10 11   the cars turned -- getting the cars switched and
09:40:16 12   classified in an appropriate manner, that will also be
09:40:18 13   a discussion point.
09:40:22 14      Q.  Okay.  Anything else?
09:40:26 15      A.  None that I've been involved in.
09:40:36 16      Q.  Okay.  If you go down, there's a number 1 in
09:40:38 17   the second paragraph that says classification of
09:40:42 18   railcars within the terminal shall be maintained at all
09:40:44 19   times and shall be audited weekly by DPRT.  Is it fair
09:40:52 20   to assume that that classification of railcars within
09:40:54 21   the terminal shall be maintained by Railserve?
09:41:00 22      A.  Can you ask that question again, please?
09:41:02 23      Q.  Yeah.  I mean, the question I have is
09:41:10 24   Railserve was going to -- was required under this
09:41:14 25   contract to classify the railcars within the terminal
```

**Page 24**

```
09:41:16  1   and maintain that classification, correct?
09:41:20  2      A.  Yes, sir.
09:41:20  3      Q.  Okay.  And explain to me what classification
09:41:26  4   is being made or what that entails.
09:41:28  5      A.  The basis of the classification I can't speak
09:41:30  6   to.  I do know that the crews are given a switch list
09:41:34  7   which is predicated on that classification.  Now, how
09:41:36  8   they're classified, I don't know.
09:41:38  9      Q.  So, is it fair to say that Railserve needs to
09:41:42 10   keep track of the cars and their classifications that
09:41:44 11   are on the Deer Park Rail Terminal?
09:41:48 12      A.  Yes.
09:42:10 13      Q.  Okay.  And the next sentence talks about shall
09:42:14 14   be accurately switched to make outbound movements?
09:42:18 15      A.  I'm sorry, where are you?
09:42:20 16      Q.  Number 2 right under number 1.
09:42:26 17      A.  Okay.
09:42:28 18      Q.  It says shall be accurately switched to make
09:42:32 19   outbound movements.  Where are those outbound movements
09:42:36 20   going?
09:42:36 21      A.  I have no idea.  Our services are constrained
09:42:42 22   to the yard itself, so once we classify --
09:42:44 23      Q.  Well, who is picking up the outbound
09:42:46 24   movements?
09:42:48 25      A.  Port Terminal Railroad.
```

**Page 25**

```
09:43:00  1      Q.  Do you know where Port Terminal Railroad takes
09:43:02  2   them?
09:43:04  3      A.  No, sir.
09:43:06  4      Q.  You do know that those -- once it goes through
09:43:10  5   the Port Terminal Railroad it can't end up on a
09:43:14  6   Burlington North track or Union Pacific track, correct?
09:43:18  7      A.  I don't know where they go.  Those sound like
09:43:20  8   plausible options once they leave.
09:43:30  9      Q.  Any trains, cars brought in to the Deer Park
09:43:34 10   Rail Terminal, where are they brought from?
09:43:36 11      A.  The Port Terminal drops them off.  I don't
09:43:38 12   know where they come from.
09:43:46 13      Q.  Does the Deer Park Rail Terminal as far as you
09:43:48 14   know, the Deer Park Rail Terminal, Inc. entity
09:43:56 15   manufacture anything?
09:44:02 16      A.  No, sir.
09:44:02 17      Q.  Do they own any goods to be hauled as far as
09:44:06 18   you know?
09:44:08 19          MR. NEUER:  Form.
09:44:08 20      Q.  (BY MR. COLLINS) You can go ahead and answer.
09:44:10 21      A.  Not to the best of my knowledge.
09:44:14 22      Q.  To the best of you knowledge, what's your
09:44:16 23   understanding of their business?  What do they do?
09:44:18 24      A.  They store railcars.
09:44:24 25      Q.  They store railcars and also line them up to
```

Tim Benjamin   -   1-18-06

### Page 26

```
09:44:28  1   be put on outbound shipments, correct?
09:44:30  2        MR. NEUER: Form.
09:44:32  3        Q. (BY MR. COLLINS) You can go ahead and answer.
09:44:34  4        A. Well, obviously if something is going to be
09:44:36  5   stored, it's eventually going to be shipped.
09:44:36  6        Q. Okay.
09:44:38  7        A. And that methodology of eventually getting it
09:44:40  8   out is going to be part of the switching process.
09:44:48  9        Q. Do you know how long the cars are typically
09:44:50 10   stored at the Deer Park Rail Terminal?
09:44:54 11        A. No, sir.
09:44:54 12        Q. Can you approximate it?
09:44:56 13        A. No, sir.
09:44:56 14        MR. NEUER: Form.
09:44:58 15        Q. (BY MR. COLLINS) Does it vary among cars?
09:45:00 16        A. I have absolutely no idea.
09:45:02 17        Q. Who would be the best person to answer that
09:45:04 18   question?
09:45:04 19        A. Paul Tucker and Dan Borgen.
09:45:24 20        Q. Okay. We're going to the next page, number 2.
09:45:28 21   And at the top of the page there's a sentence number 3.
09:45:32 22        MR. COLLINS: Before we do that I need to
09:45:34 23   take a break. I need to get some water.
09:45:38 24        THE VIDEOGRAPHER: It's 9:45, we're off
09:45:42 25   the record.
```

### Page 27

```
09:46:36  1        (Brief recess.)
09:46:36  2        THE VIDEOGRAPHER: Back on the record at
09:46:46  3   9:46.
09:46:48  4        Q. (BY MR. COLLINS) Okay. Paragraph number 3
09:46:50  5   says railcars ordered for shipment outbound from the
09:46:54  6   terminal shall be selected, placed and made available
09:46:56  7   at the outbound delivery point. We'll stop there.
09:47:00  8   What's your understanding of the outbound delivery
09:47:04  9   point?
09:47:04 10        A. There is a track that's designated for the
09:47:08 11   point at which Port Terminal Railroad will come in and
09:47:10 12   pick up a unit.
09:47:18 13        Q. Okay. And further on in that sentence, an
09:47:22 14   order, specified in the order within four hours after
09:47:26 15   the original time of the order. What's the purpose of
09:47:30 16   that time requirement, if you know?
09:47:32 17        A. No, sir, I don't know.
09:47:38 18        Q. But can I read that or understand that to mean
09:47:42 19   once Railserve receives an order, it has to be there
09:47:46 20   within four hours, correct, to be on the outbound, at
09:47:50 21   the outbound delivery point?
09:47:52 22        A. Yeah.
09:47:54 23        Q. Okay. Unless it's received after the normal
09:47:56 24   day shift and there's some more time allowed, correct?
09:47:56 25        A. Uh-huh.
```

### Page 28

```
09:48:02  1        Q. Okay.
09:48:04  2        MR. NEUER: You have to say out loud,
09:48:06  3   Tim.
09:48:06  4        A. I'm sorry, yes, sir.
09:48:10  5        Q. (BY MR. COLLINS) Then the next sentence, it
09:48:12  6   says railcars ordered for delivery to internal terminal
09:48:18  7   transload tracks. What's transload tracks?
09:48:20  8        A. I don't know.
09:48:26  9        Q. From the terminal storage tracks. What is
09:48:28 10   that?
09:48:30 11        A. That I'm presuming to be any one of the number
09:48:32 12   of tracks that are inside Deer Park Terminal owned or
09:48:38 13   leased property.
09:48:44 14        Q. Then number 5, it talks about the inbound
09:48:46 15   delivery point. Do you know where that is?
09:48:50 16        A. I don't know where it is, no.
09:48:50 17        Q. Do you know what that is?
09:48:52 18        A. It's the converse of the outbound point. It's
09:48:54 19   a track designated to accept cars being delivered by
09:49:00 20   the Port Terminal Railroad Association.
09:49:06 21        Q. Okay. And do you have an understanding of
09:49:06 22   what the Port Terminal Railroad Association does?
09:49:12 23        A. Yes.
09:49:12 24        Q. And what is that?
09:49:12 25        A. To the best of my knowledge, they're a short
```

### Page 29

```
09:49:14  1   line railroad that will transport cars through and
09:49:20  2   along the Houston Ship Channel.
09:49:26  3        Q. And they also have connections to outbound
09:49:28  4   tracks owned by various railroad companies, correct?
09:49:32  5        A. I'm sorry?
09:49:36  6        MR. NEUER: Form.
09:49:38  7        Q. (BY MR. COLLINS) Port Terminal Railroad also
09:49:38  8   has tracks that lead to Union Pacific and Burlington
09:49:44  9   North tracks, correct?
09:49:46 10        MR. NEUER: Form.
09:49:46 11        A. I do know they will connect with other class
09:49:48 12   one railroads. I don't know specifically which ones
09:49:50 13   they are.
09:50:24 14        Q. (BY MR. COLLINS) This contract requires
09:50:28 15   Railserve to provide two switching locomotives at the
09:50:34 16   Deer Park Rail Terminal. Does in fact Railserve do
09:50:36 17   that at the Deer Park Rail Terminal?
09:50:38 18        A. Yes, sir.
09:50:44 19        Q. And whose responsibility is it to maintain and
09:50:46 20   operate those locomotives?
09:50:50 21        A. Railserve's.
09:50:50 22        Q. Okay. Exclusive responsibility?
09:50:58 23        A. Yes, sir.
09:51:02 24        Q. Okay. Let's go to page 3, Roman numeral V and
09:51:10 25   it says compensation. It says monthly fee, the
```

8 (Pages 26 to 29)

Page 30

```
09:51:14  1   operator shall be paid a monthly fee in arrears.
09:51:20  2   During the initial term the monthly fees shall be
09:51:22  3   $45,500, correct?
09:51:26  4       A.  That's what it says, yes, sir.
09:51:28  5       Q.  And does Deer Park Rail Terminal pay Railserve
09:51:34  6   $45,500 per month?
09:51:36  7       A.  Can you ask what point in time you're asking?
09:51:40  8       Q.  From the beginning of this contract until
09:51:42  9   April, 2005?
09:51:44 10       A.  At the beginning of the contract that's a true
09:51:46 11   statement.
09:51:48 12       Q.  Okay.  When did that change?
09:51:50 13       A.  At some point, I can't tell you when, the
09:51:52 14   scope of work expanded to be two 12-hour shifts and the
09:51:56 15   compensation rate changed because the scope of work
09:51:58 16   increased.
09:51:58 17       Q.  Was there a writing to reflect that?
09:52:00 18       A.  I don't believe there is.
09:52:04 19       Q.  Okay.  So, this is the contract under which
09:52:06 20   you're operating, correct?
09:52:08 21       A.  Yes, sir.
09:52:08 22       Q.  Okay.  But there was an expansion of the shift
09:52:10 23   hours?
09:52:12 24       A.  Yes.
09:52:12 25       Q.  Okay.  And what is Railserve being paid now
```

Page 31

```
09:52:14  1   for its services at the Deer Park Rail Terminal?
09:52:18  2       A.  Roughly $89,000 per month flat fee.
09:52:24  3       Q.  And when did that start?
09:52:24  4       A.  I don't know.
09:52:26  5       Q.  Was it -- do you know if it was before or
09:52:28  6   after April of 2005?
09:52:30  7       A.  It was before.
09:52:46  8       Q.  Okay.  Was Alex Benavidez an employee of
09:52:48  9   Railserve, Inc.?
09:52:50 10       A.  Is he or was he?
09:52:52 11       Q.  Was he?
09:52:52 12       A.  Yes, he was.
09:52:54 13       Q.  Okay.  And thanks for making that
09:52:54 14   clarification.  In April of 2005 at the time of his
09:52:58 15   accident was he an employee of Railserve, Inc.?
09:53:02 16       A.  Yes, he was.
09:53:02 17       Q.  Okay.  There was no other entity in which he
09:53:06 18   was employed by or W-2'd from or anything like that?
09:53:14 19       A.  No, sir.
09:53:36 20       Q.  Okay.  Does Deer Park Rail Terminal have any
09:53:38 21   personnel who are operating -- strike that.  Does Deer
09:53:46 22   Park Rail Terminal, Inc. have any personnel working at
09:53:52 23   the Deer Park Rail Terminal as far as you know?
09:53:54 24       A.  I do not know.
09:53:58 25       Q.  Okay.  Do you know if Deer Park Rail Terminal,
```

Page 32

```
09:54:00  1   Inc. has any personnel who are switch -- doing
09:54:04  2   switching operations at the Deer Park Rail Terminal?
09:54:06  3       A.  Absolutely not.
09:54:08  4       Q.  Okay.  The only people, entity, doing
09:54:12  5   switching operations at the Deer Park Rail Terminal is
09:54:16  6   Railserve, correct?
09:54:16  7       A.  Correct.
09:54:20  8       Q.  Okay.  Does anybody from Deer Park Rail
09:54:26  9   Terminal, Inc. in any way supervise or monitor the
09:54:32 10   activities of Railserve on the property?
09:54:34 11           MR. NEUER:  Form.
09:54:36 12       Q.  (BY MR. COLLINS)  You can go ahead and answer.
09:54:36 13       A.  You asked supervise or monitor.  Supervise,
09:54:40 14   no.
09:54:40 15       Q.  Okay.
09:54:42 16       A.  We are a contractor.  We're a separate
09:54:42 17   contractor.
09:54:44 18       Q.  All right.
09:54:44 19       A.  Independent of Deer Park Rail Terminal,
09:54:46 20   Incorporated.  So, therefore, it's subject to the rules
09:54:48 21   of this independent contract.  Supervision is a much
09:54:52 22   more difficult question to answer.  They're our
09:54:54 23   customer.
09:54:54 24       Q.  Okay.
09:54:54 25       A.  So, being our customer they have the right to
```

Page 33

```
09:54:56  1   monitor the performance they're receiving.
09:55:00  2       Q.  Do they -- are you aware of any audits or any
09:55:02  3   kind of inspections that Deer Park Rail Terminal, Inc.
09:55:06  4   does of your performance?
09:55:08  5       A.  No, sir.
09:55:12  6       Q.  Okay.  Do you know who within Deer Park Rail
09:55:14  7   Terminal, Inc. monitors the performance of Railserve?
09:55:18  8       A.  Brent Tucker and Paul Tucker are the primary
09:55:20  9   parties.
09:55:22 10       Q.  Okay.  What's their position?
09:55:22 11       A.  I don't know Brent's title.  Paul Tucker is --
09:55:28 12   and, again, I don't know a specific title, but he is
09:55:30 13   their senior operations manager.
09:55:40 14       Q.  And does Railserve have its own independent
09:55:44 15   office location at the Deer Park Rail Terminal or is it
09:55:48 16   shared with someone?
09:55:52 17       A.  There's an office there --
09:55:54 18       Q.  Okay.
09:55:54 19       A.  -- that we work out of.  When somebody from
09:55:58 20   Deer Park U.S. Development comes, they can also share
09:56:02 21   space there.  I do not know if there's somebody
09:56:06 22   permanently assigned to that location or not.
09:56:10 23       Q.  Okay.  But that -- is that space provided to
09:56:14 24   Railserve by Deer Park Rail Terminal?
09:56:16 25       A.  Yes, it is.
```

9 (Pages 30 to 33)

Tim Benjamin   -   1-18-06

### Page 34

```
09:56:18  1    Q. Okay. Do y'all have to pay a lease or any
09:56:20  2  money for using that space?
09:56:24  3    A. No. That's part of the contract.
09:56:48  4    Q. Okay. Have you ever seen a list of customers
09:56:52  5  that Deer Park Rail Terminal, Inc. has for the
09:56:56  6  operations at the Deer Park Rail Terminal?
09:56:58  7    A. No, I have not.
09:57:10  8    Q. Okay. And I'm going to ask -- go down this
09:57:12  9  list and it's going to be the same question for each
09:57:16 10  entity on this list. Are you aware that Deer Park Rail
09:57:20 11  Terminal, Inc. provides services -- let me ask that
09:57:28 12  question again because I got lost in that one. Sorry.
09:57:32 13    A. That's all right.
09:57:44 14    Q. And this question I'm asking I'm talking about
09:57:46 15  the services that Deer Park Rail Terminal, Inc.
09:57:48 16  provides for at the Deer Park Rail Terminal. Are you
09:57:52 17  aware that Deer Park Rail Terminal provides services
09:57:58 18  for a company known as Air Products, Inc.?
09:58:02 19        MR. NEUER: Form.
09:58:02 20    A. I do not know that.
09:58:04 21    Q. (BY MR. COLLINS) Okay. BP Amoco Chemicals?
09:58:04 22        MR. NEUER: Form.
09:58:08 23    A. I do not know that.
09:58:08 24        MR. NEUER: Can I just have a form
09:58:08 25  objection?
```

### Page 35

```
09:58:08  1        MR. COLLINS: Yeah, you can have a form
09:58:10  2  running objection for this.
09:58:10  3    Q. (BY MR. COLLINS) Bayport Rail Terminal, Inc.?
09:58:14  4    A. I do not know that.
09:58:14  5    Q. Celanese, Limited?
09:58:16  6    A. I do not know that.
09:58:18  7    Q. The Dow Chemical Company?
09:58:20  8    A. I don't know that.
09:58:22  9    Q. Intercontinental Terminal Company?
09:58:22 10    A. I don't know that.
09:58:22 11    Q. Do you know what the Intercontinental Terminal
09:58:26 12  Company is?
09:58:26 13    A. No, sir.
09:58:26 14    Q. Okay. The Lubrizol Corporation?
09:58:28 15    A. I don't know that.
09:58:30 16    Q. Occidental Chemical Corporation?
09:58:32 17    A. I don't know that.
09:58:32 18    Q. PM Ag Products?
09:58:34 19    A. I don't know that.
09:58:36 20    Q. Rohm & Haas Company, Inc.?
09:58:38 21    A. I don't know that.
09:58:40 22    Q. I believe this is Rohmax, R O H M A X, Inc.?
09:58:44 23    A. I don't know that.
09:58:44 24    Q. Vopak Logistics Services, Inc.?
09:58:48 25    A. I don't know that.
```

### Page 36

```
09:58:48  1    Q. Velsicol Chemical Corp.?
09:58:50  2    A. I don't know that.
09:58:52  3    Q. A&R Transport Inc.?
09:58:54  4    A. I don't know that.
09:58:54  5    Q. BASF Corporation?
09:58:56  6    A. I don't know that.
09:58:58  7    Q. Resolution Performance Products, L.L.C.?
09:59:00  8    A. I don't know that.
09:59:02  9    Q. General American Field Services Corporation?
09:59:04 10    A. I don't know that.
09:59:06 11    Q. Chevron Phillips Chemical Company?
09:59:08 12    A. I don't know that.
09:59:08 13    Q. The Burlington North and Santa Fe Railroad
09:59:12 14  Company?
09:59:12 15    A. I know they will operate with them, but I do
09:59:16 16  not believe they have a contract with them for services
09:59:18 17  at that area.
09:59:24 18    Q. If U.S. Development or someone from Deer Park
09:59:26 19  Rail Terminal testifies that they have a contract with
09:59:30 20  Burlington North, Northern and Santa Fe Railroad
09:59:34 21  Company, will you have any specific information of
09:59:36 22  which you have personal knowledge to dispute that?
09:59:40 23    A. Can you rephrase that, please?
09:59:42 24    Q. If it is found out later on that or the
09:59:46 25  testimony shows that Deer Park Rail Terminal, Inc. does
```

### Page 37

```
09:59:50  1  indeed have a contract with the Burlington Northern and
09:59:54  2  Santa Fe Railroad Company, do you have any specific
09:59:58  3  information to dispute that?
10:00:02  4        MR. NEUER: Form.
10:00:04  5    Q. (BY MR. COLLINS) You can go ahead and answer
10:00:06  6  it.
10:00:06  7    A. No. Our contract is limited solely to Deer
10:00:08  8  Park Rail Terminal, so I don't know.
10:00:10  9    Q. So --
10:00:10 10    A. I don't know if they do or don't have a
10:00:12 11  specific contract with any entity.
10:00:14 12    Q. Okay. That's fine. Munoz, same question as
10:00:18 13  before for Munoz Enterprises, Inc.?
10:00:22 14    A. I don't know.
10:00:22 15    Q. Sunoco, Inc. R&M?
10:00:24 16    A. I don't know.
10:00:24 17    Q. Total Petrochemicals USA, Inc.?
10:00:28 18    A. I don't know.
10:00:28 19    Q. Innovene USA, L.L.C.?
10:00:32 20    A. I don't know.
10:00:32 21    Q. And Shell Oil Products?
10:00:34 22    A. I know they do something with them, but again
10:00:36 23  I don't know what.
10:00:44 24    Q. Okay. Have you ever seen one of the terminal
10:00:46 25  services agreements with Deer Park Rail Terminal has
```

### Page 38

```
10:00:52  1   with any of its customers?
10:00:54  2       A.  No, sir.
10:01:14  3       Q.  Okay.  Does Railserve at the Deer Park Rail
10:01:18  4   Terminal do -- it does switching, correct?
10:01:22  5       A.  Yes.
10:01:22  6       Q.  Track maintenance?
10:01:24  7       A.  No, sir.
10:01:24  8       Q.  Car cleaning?
10:01:24  9       A.  No, sir.
10:01:26 10       Q.  Car loading and unloading?
10:01:28 11       A.  No, sir.
10:01:28 12       Q.  Car inspection?
10:01:28 13       A.  No, sir.
10:01:28 14       Q.  Car repair?
10:01:30 15       A.  No, sir.
10:01:30 16       Q.  Railcar inventory management?
10:01:36 17       A.  Can you ask that further?
10:01:40 18       Q.  Does rail -- does Railserve provide rail car
10:01:44 19   inventory management services for the Deer Park Rail
10:01:48 20   Terminal, Inc.?
10:01:48 21           MR. NEUER:  Form.
10:01:52 22       A.  We provide information that Deer Park will
10:01:54 23   place into their system.
10:01:56 24       Q.  (BY MR. COLLINS) Okay.  What information do
10:01:58 25   you provide?
```

### Page 39

```
10:01:58  1       A.  The car number and the spot that it's on.
10:02:02  2       Q.  Okay.
10:02:02  3       A.  We don't provide the software.
10:02:06  4       Q.  Okay.  And you provide the actual data to go
10:02:08  5   into the software, right?
10:02:10  6       A.  Yes.
10:02:10  7       Q.  Okay.  Does Railserve perform trailer handling
10:02:14  8   services for Deer Park Rail Terminal?
10:02:16  9       A.  No, sir.
10:02:16 10       Q.  Checkpoint services?
10:02:22 11       A.  No, sir.
10:03:14 12       Q.  Are you aware that Deer Park Rail Terminal
10:03:18 13   indicates in their website that it services railroads
10:03:26 14   to the Port Terminal Railroad with an interchange to
10:03:32 15   Union Pacific and BNSF?
10:03:32 16       A.  I do not know that.
10:03:34 17       Q.  What is your understanding of the word
10:03:36 18   interchange in that context?
10:03:40 19       A.  Can you restate the context, please?
10:03:42 20       Q.  It basically says Port Terminal Railroad
10:03:44 21   Association with interchange to the Union Pacific and
10:03:44 22   BNSF?
10:03:50 23           MR. NEUER:  Form.
10:03:52 24       A.  And your question to me is how do I interpret
10:03:54 25   the word interchange?
```

### Page 40

```
10:03:56  1       Q.  (BY MR. COLLINS) Yeah.  Is interchange a
10:03:56  2   term-of-art used in the rail service industry?
10:04:00  3       A.  Yes, it means that the Port Terminal will hand
10:04:02  4   off a collection of cars to those -- to whatever
10:04:04  5   railroad it connects with.
10:05:26  6       Q.  Okay.  Do you have an understanding of how
10:05:26  7   U.S. -- strike that.  Do you have an understanding of
10:05:30  8   how Deer Park Rail Terminal makes their money for the
10:05:38  9   cars it handles at the Deer Park Rail Terminal?
10:05:40 10           MR. NEUER:  Form.
10:05:42 11       A.  It's just an anecdotal understanding that it's
10:05:46 12   for storing cars.
10:05:48 13       Q.  (BY MR. COLLINS) And providing switching
10:05:48 14   operations, right?
10:05:52 15       A.  No, sir.
10:05:54 16       Q.  Part of the storage includes switching
10:05:56 17   operations, correct?
10:05:58 18           MR. NEUER:  Form.
10:05:58 19       A.  Your question is still in the context of how
10:06:00 20   does Deer Park Rail Terminal receive revenue?
10:06:04 21       Q.  (BY MR. COLLINS) Yes.
10:06:06 22       A.  I don't believe switching is a part of that.
10:06:12 23       Q.  Okay.  Well, the customer doesn't get a
10:06:14 24   separate bill for switching services, right?
10:06:16 25       A.  Correct, they do not.  Well, okay, you're
```

### Page 41

```
10:06:18  1   asking me how Deer Park sends invoices.  I don't know
10:06:22  2   how they send invoices, but I can't imagine they would.
10:06:26  3       Q.  Okay.  They get one charge essentially which
10:06:28  4   my understanding your testimony is they get charged for
10:06:32  5   storing there, correct?
10:06:32  6       A.  That's my understanding.  Again, I don't know
10:06:34  7   specifically how they make arrangements.  I know
10:06:36  8   when -- in the industry when you have to store cars, if
10:06:40  9   we have to store locomotives --
10:06:40 10       Q.  Uh-huh.
10:06:42 11       A.  -- that is charged on a per car per day fee.
10:06:46 12   Now, how they do it in particular, I can only assume
10:06:48 13   it's the same way as the industry standard.  But,
10:06:52 14   again, I don't know specifically how they do it.
10:06:54 15       Q.  But it's not a situation where you ultimately
10:06:56 16   get paid by the customer, right?
10:06:58 17       A.  Oh, absolutely not.  We have one contract
10:07:02 18   directly with Deer Park Rail Terminal.
10:07:02 19       Q.  And they pay you regardless if they get paid
10:07:06 20   by the customer?
10:07:08 21       A.  That's correct.
10:07:08 22       Q.  Okay.  So, I mean, I can't envision a
10:07:10 23   situation where, you know, their customers would be
10:07:14 24   getting an invoice for storage, switching, coupling.  I
10:07:18 25   mean, it's not itemized like that, correct?
```

Page 42

```
10:07:22  1    A. I couldn't imagine it being that way.
10:07:32  2    Q. Okay. And do you have any sense of -- is Deer
10:07:42  3  Park Rail Terminal providing an exclusive service for a
10:07:46  4  set number of entities?
10:07:48  5         MR. NEUER: Form.
10:07:50  6    A. What do you mean by exclusive?
10:07:52  7    Q. (BY MR. COLLINS) Well, I mean, anybody who is
10:07:54  8  willing to pay to have their car brought there and
10:07:58  9  stored can have it done, correct?
10:08:00 10         MR. NEUER: Form.
10:08:02 11    A. I don't know.
10:08:30 12    Q. (BY MR. COLLINS) Do you know whose cargos --
10:08:34 13  let me strike that. The cargo that is in the cars if
10:08:40 14  they're not empty is owned by the various customers of
10:08:42 15  Deer Park Rail Terminal, right?
10:08:46 16         MR. NEUER: Form.
10:08:46 17    A. I'm sorry, I don't know.
10:08:48 18    Q. (BY MR. COLLINS) Okay. Do you know who owns
10:08:50 19  the cars?
10:08:54 20    A. No, sir.
10:08:54 21    Q. Are you aware that any of the cars are rented
10:08:56 22  from one entity for use by another entity?
10:09:00 23         MR. NEUER: Form.
10:09:00 24    A. That's a fairly common industry practice.
10:09:04 25    Q. (BY MR. COLLINS) Okay. And, in fact, the car
```

Page 43

```
10:09:08  1  that -- are you aware that the car that Alex Benavidez
10:09:12  2  was on was identified as a GATX car, correct?
10:09:16  3    A. I would have to look at the accident report to
10:09:18  4  confirm that.
10:09:20  5    Q. Okay. Do you have an understanding of cars
10:09:22  6  with the designation GATX, are they typically owned by
10:09:26  7  a certain entity and leased to another entity?
10:09:30  8         MR. NEUER: Form.
10:09:32  9    A. Are you asking as a generic industry practice?
10:09:36 10    Q. (BY MR. COLLINS) Yes.
10:09:38 11    A. Yes.
10:09:38 12    Q. Okay. And what's the company with the GATX
10:09:40 13  that typically leases those cars? Who owns them?
10:09:42 14    A. Who owns GATX?
10:09:46 15    Q. Yes.
10:09:46 16    A. I'm sorry, I don't know.
10:09:48 17    Q. But GATX is a company, correct?
10:09:48 18    A. Yes, it is.
10:09:48 19    Q. Okay.
10:09:50 20    A. GATX is a destination in the rail
10:09:54 21  classification code that represents a company. I just
10:09:56 22  don't know who that company is specifically.
10:09:58 23    Q. Okay. All right. But your understanding is
10:10:02 24  that they're in the business of leasing cars, right?
10:10:04 25    A. Yes.
```

Page 44

```
10:10:40  1    Q. Okay. And would you agree that the
10:10:44  2  remuneration Railserve is receiving from Deer Park Rail
10:10:52  3  Terminal, Inc. is a fixed charge per month?
10:11:04  4    A. Yes.
10:11:04  5    Q. And that has increased over time, but that's
10:11:06  6  based on the man-hours, correct?
10:11:12  7    A. Yes, sir.
10:12:20  8    Q. Okay. Are there any warehouses on the
10:12:24  9  property of the Deer Park Rail Terminal?
10:12:28 10    A. Not to the best of my knowledge.
10:13:00 11         MR. COLLINS: I want to take a short
10:13:00 12  break and look at a couple of notes and I think we
10:13:04 13  might be done.
10:13:04 14         THE VIDEOGRAPHER: It's 10:13, we're off
10:13:06 15  the record.
10:15:28 16         (Brief recess.)
10:15:28 17         THE VIDEOGRAPHER: Back on the record at
10:15:40 18  10:15.
10:16:06 19    Q. (BY MR. COLLINS) Are you familiar with
10:16:06 20  Railserve's website?
10:16:08 21    A. Yes, sir.
10:16:16 22    Q. Okay. Did you have any role in its creation
10:16:18 23  or the information contained in there?
10:16:20 24    A. No, sir.
10:16:20 25    Q. Okay. How often do you look at the website?
```

Page 45

```
10:16:22  1    A. Do I personally look at the website?
10:16:26  2    Q. Yeah.
10:16:26  3    A. Virtually never.
10:16:26  4         (Plaintiff's Exhibit 2 marked.)
10:16:28  5    Q. (BY MR. COLLINS) Okay. I'm going to hand you
10:16:28  6  what is Exhibit 2. Won't you just kind of skim through
10:16:54  7  that. And the question is going to be do you recognize
10:17:00  8  that to be -- Exhibit Number 2 to be a printout of Rail
10:17:06  9  Service's website?
10:17:06 10    A. You asked if this is a printout of Rail
10:17:08 11  Service's website?
10:17:10 12    Q. Yeah.
10:17:10 13    A. What is Rail Services?
10:17:12 14    Q. Railserve, I'm sorry. Railserve, Inc.?
10:17:12 15    A. Yes.
10:17:20 16    Q. Okay.
10:17:20 17    A. It is our website.
10:17:20 18         MR. COLLINS: All right. I'll pass the
10:17:22 19  witness.
10:17:24 20         MR. NEUER: We'll reserve ours.
10:17:24 21         MR. COLLINS: Okay.
10:17:24 22         THE VIDEOGRAPHER: It's 10:17, we're off
10:17:26 23  the record. This is the end of tape 1.
         24
         25
```

12 (Pages 42 to 45)

Page 46

```
1         CHANGES AND SIGNATURE
2
3   PAGE    LINE    CHANGE         REASON
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 47

```
1    I, TIMOTHY BENJAMIN, have read the foregoing
     deposition and hereby affix my signature that same is
2    true and correct, except as noted above.
3
4         TIMOTHY BENJAMIN
5
6
     THE STATE OF    )
7
     COUNTY OF       )
8
     Before me,           , on this day
9    personally appeared TIMOTHY BENJAMIN, known to me (or
     proved to me under oath or through     )
10   (description of identity card or other document)) to be
     the person whose name is subscribed to the foregoing
11   instrument and acknowledged to me that they executed
     the same for the purposes and consideration therein
12   expressed.
13   Given under my hand and seal of office
     this     day of      , 2006.
14
15
16       NOTARY PUBLIC IN AND FOR
            THE STATE OF TEXAS
17
18
19
20
21
22
23
24
25
```

Page 48

```
1         CAUSE NO. 2005-38821
2    ALEJANDRO BENAVIDEZ   ) IN THE DISTRICT COURT OF
                           )
3                          )
     VS.                   ) HARRIS COUNTY, TEXAS
4                          )
                           )
5    RAILSERVE, INC.       ) 234TH JUDICIAL DISTRICT
6         REPORTER'S CERTIFICATION
          DEPOSITION OF TIMOTHY BENJAMIN
7              January 18, 2006
8    I, Jeanne C. Pearl, Certified Shorthand Reporter
9    in and for the State of Texas, hereby certify to the
10   following:
11       That the witness, TIMOTHY BENJAMIN, was duly
12   sworn by the officer and that the transcript of the
13   oral deposition is a true record of the testimony given
14   by the witness;
15       That the deposition transcript was submitted on
16          , to the witness or to the attorney
17   for the witness for examination, signature and return
18   to me by         ;
19       That the amount of time used by each party at the
20   deposition is as follows:
21
         Mr. Wayne D. Collins - 1 HR: 4 MINS
22
23       That pursuant to information given to the
24   deposition officer at the time said testimony was
25   taken, the following includes counsel for all parties
```

Page 49

```
1    of record:
2
         Mr. Wayne D. Collins, Attorney for Plaintiff;
3        Mr. Raymond A. Neuer, Attorney for Defendant.
4
5        I further certify that I am neither counsel for,
6    related to, nor employed by any of the parties or
7    attorneys in the action in which this proceeding was
8    taken, and further that I am not financially or
9    otherwise interested in the outcome of the action.
10       Further certification requirements pursuant to
11   Rule 203 of TRCP will be certified to after they have
12   occurred.
13       Certified to by me this 24th day of January,
14   2006.
15
16
17
         JEANNE C. PEARL, Texas CSR 456
18       Expiration: 12/31/06
         LEGALINK - HOUSTON
19       Firm Registration Number 210
         1235 North Loop West, Suite 510
20       Houston, Texas 77008
         (713) 426-0400
21
22
23
24
25
```

13 (Pages 46 to 49)

Tim Benjamin  -  1-18-06

Page 50

1  FURTHER CERTIFICATION UNDER RULE 203 TRCP
2
3      The original deposition was/was not returned to
4  the deposition officer on          ;
5      If returned, the attached Changes and Signature
6  page contains any changes and the reasons therefor;
7      If returned, the original deposition was delivered
8  to          , Custodial Attorney;
9      That $    is the deposition officer's
10 charges to the Custodial Attorney for preparing the
11 original deposition transcript and any copies of
12 exhibits;
13     That the deposition was delivered in accordance
14 with Rule 203.3, and that a copy of this certificate
15 was served on all parties shown herein on and filed
16 with the Clerk.
17     Certified to by me this    day of    ,
18 2006.
19
20
21
22     JEANNE C. PEARL, Texas CSR 456
       Expiration Date: 12/31/06
23     LEGALINK - HOUSTON
       Firm Registration Number 210
24     1235 North Loop West, Suite 510
       Houston, Texas  77008
25     (713) 426-0400

14 (Page 50)