# Exhibit M

| | | |
|---|---|---|
| 05-102 (Rev.1-05/24) * * * INTERNET * * *   3333 | **Filing Number: 154642500** | |
| a. T Code ■ | 05146170875 | |
| | Do not write in the space above | |

**TEXAS FRANCHISE TAX
PUBLIC INFORMATION REPORT**
*MUST be filed to satisfy franchise tax requirements*

| c. Taxpayer identification number | d. Report year |
|---|---|
| ■ 32001733156 | ■ 2005 |

Corporation name and address

US Development Group Inc
9500 New Century Drive
Pasadena, Tx  77507

e. PIR / IND  [ ] 1 ■  [ ] 4 ■

Secretary of State file number or, if none, Comptroller unchartered number

Item k on Franchise Tax Report, Form 05-142     9. ■  01546425008

*If the preprinted information is not correct, please type or print the correct information.*

The following information MUST be provided for the Secretary of State (SOS) by each corporation or limited liability company that files a Texas Corporation Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

◯ Blacken this circle completely if there are currently no changes to the information preprinted in Section A of this report. Then, complete Sections B and C.

| Corporation's principal office |
|---|
| 9500 New Century Drive, Pasadena, Tx  77507 |
| Principal place of business |
| 9500 New Century Drive, Pasadena, Tx  77507 |

*Please sign below!* Officer and director information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers and directors change throughout the year.

**SECTION A.** Name, title, and mailing address of each officer and director.

| NAME | TITLE | DIRECTOR | Term expiration (mm-dd-yyyy) |
|---|---|---|---|
| Michael R. Curry | P/T | [X] YES | |
| **MAILING ADDRESS** | | | |
| 9500 New Century Drive, Pasadena, Tx  77507 | | | |
| NAME | TITLE | DIRECTOR | Term expiration (mm-dd-yyyy) |
| Daniel K. Borgen | VP | [X] YES | |
| **MAILING ADDRESS** | | | |
| 9500 New Century Drive, Pasadena, Tx  77507 | | | |
| NAME | TITLE | DIRECTOR | Term expiration (mm-dd-yyyy) |
| Dean B. Truitt | | [X] YES | |
| **MAILING ADDRESS** | | | |
| 9500 New Century Drive, Pasadena, Tx  77507 | | | |
| NAME | TITLE | DIRECTOR | Term expiration (mm-dd-yyyy) |
| | | [ ] YES | |
| **MAILING ADDRESS** | | | |
| | | | |
| NAME | TITLE | DIRECTOR | Term expiration (mm-dd-yyyy) |
| | | [ ] YES | |
| **MAILING ADDRESS** | | | |

**SECTION B.** List each corporation or limited liability company, if any, in which this reporting corporation or limited liability company owns an interest of ten percent (10%) or more. Enter the information requested for each corporation or limited liability company.

| Name of owned (subsidiary) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
| | | | |

**SECTION C.** List each corporation or limited liability company, if any, that owns an interest of ten percent (10%) or more in this reporting corporation or limited liability company. Enter the information requested for each corporation or limited liability company.

| Name of owning (parent) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(See instructions if you need to make changes.)*

Agent: **CT Corporation System**
Office: **1021 Main St, Suite 1150**
**Houston, Tx  77002**

◯ Blacken this circle if you need forms to change this information. Changes can also be made on-line at http://www.sos.state.tx.us/corp/sosda/index.shtml

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this corporation or limited liability company or a related corporation.

| sign here ▶ Officer, director, or other authorized person *[signature: Michael R. Curry]* | Title **President** | Date **5-16-05** | Daytime phone (Area code and number) |
|---|---|---|---|

05-102
(Rev.1-05/24)    * * * INTERNET * * *    3333

Filing Number: 800396173

05144180666

a. T Code ■

**TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT**
MUST be filed to satisfy franchise tax requirements

b. ■    Do not write in the space above

Corporation name and address

Deer Park Rail Terminal LLC DBA DPRT LLC
9500 New Century Drive
Pasadena, Tx  77507

| c. Taxpayer identification number | d. Report year |
|---|---|
| 32015921664 | 2005 |

e. PIR / IND  [ ] 1  [ ] 4

Secretary of State file number or, if none, Comptroller unchartered number

Item k on Franchise Tax Report, Form 05-142    0900396173

*If the preprinted information is not correct, please type or print the correct information.*

The following information MUST be provided for the Secretary of State (SOS) by each corporation or limited liability company that files a Texas Corporation Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

○ Blacken this circle completely if there are currently no changes to the information preprinted in Section A of this report. Then, complete Sections B and C.

**Corporation's principal office**
9500 New Century Drive, Pasadena, Tx 77507

**Principal place of business**
9500 New Century Drive, Pasadena, Tx 77507

**SECTION A.** Name, title, and mailing address of each officer and director.

*Please sign below!* Officer and director information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers and directors change throughout the year.

| NAME | M12 LLC | TITLE: Member | DIRECTOR: [ ] YES | Term expiration (mm-dd-yyyy) |
| MAILING ADDRESS: | 9500 New Century Drive, Pasadena, Tx 77507 | | | |

| NAME | Michael R. Curry | TITLE: Manager/Member | DIRECTOR: [ ] YES | Term expiration (mm-dd-yyyy) |
| MAILING ADDRESS: | 9500 New Century Drive, Pasadena, Tx 77507 | | | |

| NAME | | TITLE: | DIRECTOR: [ ] YES | Term expiration (mm-dd-yyyy) |
| MAILING ADDRESS: | | | | |

| NAME | | TITLE: | DIRECTOR: [ ] YES | Term expiration (mm-dd-yyyy) |
| MAILING ADDRESS: | | | | |

| NAME | | TITLE: | DIRECTOR: [ ] YES | Term expiration (mm-dd-yyyy) |
| MAILING ADDRESS: | | | | |

**SECTION B.** List each corporation or limited liability company, if any, in which this reporting corporation or limited liability company owns an interest of ten percent (10%) or more. Enter the information requested for each corporation or limited liability company.

| Name of owned (subsidiary) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
| | | | |

**SECTION C.** List each corporation or limited liability company, if any, that owns an interest of ten percent (10%) or more in this reporting corporation or limited liability company. Enter the information requested for each corporation or limited liability company.

| Name of owning (parent) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| M12 LLC | De | | 99 |

Registered agent and registered office currently on file. (See instructions if you need to make changes.)
Agent: Mark Cole
Office: 9500 New Century Drive
Pasadena, Tx. 77507

○ Blacken this circle if you need forms to change this information. Changes can also be made on-line at http://www.sos.state.tx.us/corp/sosda/index.shtml

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this corporation or limited liability company or a related corporation.

sign here ▶  *[signature: Michael R. Curry]*    Officer, director, or other authorized person

Title: Manager    Date: 5-16-05    Daytime phone (Area code and number)

05-102 (Rev.1-05/24)   \*\*\* INTERNET \*\*\*   3333

**Filing Number: 146027900**

05146170873

a. T Code ■

# TEXAS FRANCHISE TAX
# PUBLIC INFORMATION REPORT

MUST be filed to satisfy franchise tax requirements

Corporation name and address

Deer Park Rail Terminal Inc
9500 New Century Drive
Pasadena, Tx  77507

Do not write in the space above

c. Taxpayer identification number: 32000136385
d. Report year: 2005

e. PIR / IND  [ ]1  [ ]4

Secretary of State file number or, if none, Comptroller unchartered number

Item k on Franchise Tax Report, Form 05-142   9- ■   0146027900

*If the preprinted information is not correct, please type or print the correct information.*

The following information MUST be provided for the Secretary of State (SOS) by each corporation or limited liability company that files a Texas Corporation Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

○ Blacken this circle completely if there are currently no changes to the information preprinted in Section A of this report. Then, complete Sections B and C.

**Corporation's principal office**
9500 New Century Drive, Pasadena, Tx 77507

**Principal place of business**
9500 New Century Drive, Pasadena, Tx 77507

**Please sign below!** Officer and director information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers and directors change throughout the year.

**SECTION A.** Name, title, and mailing address of each officer and director.

| NAME | TITLE | DIRECTOR | Term expiration (mm-dd-yyyy) |
|---|---|---|---|
| Dean B. Truitt | S | [X] YES | |
| MAILING ADDRESS: 9500 New Century Drive, Pasadena, Tx 77507 | | | |
| Michael R. Curry | P/T | [X] YES | |
| MAILING ADDRESS: 9500 New Century Drive, Pasadena, Tx 77507 | | | |
| Daniel K. Borgen | VP | [X] YES | |
| MAILING ADDRESS: 9500 New Century Drive, Pasadena, Tx 77507 | | | |
| | | [ ] YES | |
| | | [ ] YES | |

**SECTION B.** List each corporation or limited liability company, if any, in which this reporting corporation or limited liability company owns an interest of ten percent (10%) or more. Enter the information requested for each corporation or limited liability company.

| Name of owned (subsidiary) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C.** List each corporation or limited liability company, if any, that owns an interest of ten percent (10%) or more in this reporting corporation or limited liability company. Enter the information requested for each corporation or limited liability company.

| Name of owning (parent) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| | | | |

**Registered agent and registered office currently on file.** (See instructions if you need to make changes.)

Agent: Zeblin Pearson
Office: 3838 Oak Lawn, Suite 800
Dallas, Tx. 75219

○ Blacken this circle if you need forms to change this information. Changes can also be made on-line at http://www.sos.state.tx.us/corp/sosda/index.shtml

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this corporation or limited liability company or a related corporation.

sign here ▶ *Michael R. Curry* (signature)

Officer, director, or other authorized person

Title: President
Date: 5-16-05
Daytime phone (Area code and number):

 

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 146027900 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | September 12, 1997 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32000136385 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | DEER PARK RAIL TERMINAL, INC. | | |
| **Address:** | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 6843894 | Articles Of Incorporation | September 12, 1997 | September 12, 1997 | No | 2 |
| | 6843895 | Articles Of Amendment | July 30, 1998 | July 30, 1998 | No | 2 |
| | 7726613 | Public Information Report (PIR) | December 31, 2001 | December 31, 2001 | No | 1 |
| | 30475120001 | Public Information Report (PIR) | December 31, 2002 | March 25, 2003 | No | 1 |
| | 46017440001 | Public Information Report (PIR) | December 31, 2003 | October 25, 2003 | No | 1 |
| | 76162230001 | Public Information Report (PIR) | December 31, 2004 | December 1, 2004 | No | 1 |
| | 108930410001 | Public Information Report (PIR) | December 31, 2005 | November 15, 2005 | No | 1 |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.




UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 146027900 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | September 12, 1997 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32000136385 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | DEER PARK RAIL TERMINAL, INC. | | |
| **Address:** | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | **Address** | |
| November 15, 2005 | DEAN B TRUITT | | SECRETARY | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA | |
| November 15, 2005 | DEAN B TRUITT | | DIRECTOR | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA | |
| November 15, 2005 | MICHAEL R CURRY | | PRESIDENT | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA | |
| November 15, 2005 | MICHAEL R CURRY | | TREASURER | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA | |
| November 15, 2005 | MICHAEL R CURRY | | DIRECTOR | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA | |
| November 15, 2005 | DANIEL K BORGEN | | VICE PRESIDENT | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA | |
| November 15, 2005 | DANIEL K BORGEN | | DIRECTOR | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA | |

[ Order ]   [ Return to Search ]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

| | |
|---|---|
| 05-102 (Rev.1-05/24) *** INTERNET ***   3333 | **Filing Number: 800396473** |
| a. T Code ■ | b. ■   05144180666 |
| **TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT** *MUST be filed to satisfy franchise tax requirements* | Do not write in the space above |
| Corporation name and address | c. Taxpayer identification number: 32015921664 |
| Deer Park Rail Terminal LLC DBA DPRT LLC 9500 New Century Drive Pasadena, Tx 77507 | d. Report year: 2005 |
| | e. PIR / IND  1  4 |
| | Secretary of State file number or, if none, Comptroller unchartered number |
| | Item k on Franchise Tax Report, Form 05-142: 9 ■ 0900396173 |

If the preprinted information is not correct, please type or print the correct information.

The following information MUST be provided for the Secretary of State (SOS) by each corporation or limited liability company that files a Texas Corporation Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

○ Blacken this circle completely if there are currently no changes to the information preprinted in Section A of this report. Then, complete Sections B and C.

**Corporation's principal office**
9500 New Century Drive, Pasadena, Tx 77507

**Principal place of business**
9500 New Century Drive, Pasadena, Tx 77507

**SECTION A.** Name, title, and mailing address of each officer and director.

| NAME | TITLE | DIRECTOR | Term expiration (mm-dd-yyyy) |
|---|---|---|---|
| M12 LLC | Member | ☐ YES | |
| MAILING ADDRESS: 9500 New Century Drive, Pasadena, Tx 77507 | | | |
| Michael R. Curry | Manager/Member | ☐ YES | |
| MAILING ADDRESS: 9500 New Century Drive, Pasadena, Tx 77507 | | | |
| | | ☐ YES | |
| MAILING ADDRESS: | | | |
| | | ☐ YES | |
| MAILING ADDRESS: | | | |

*Please sign below!* Officer and director information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers and directors change throughout the year.

**SECTION B.** List each corporation or limited liability company, if any, in which this reporting corporation or limited liability company owns an interest of ten percent (10%) or more. Enter the information requested for each corporation or limited liability company.

| Name of owned (subsidiary) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C.** List each corporation or limited liability company, if any, that owns an interest of ten percent (10%) or more in this reporting corporation or limited liability company. Enter the information requested for each corporation or limited liability company.

| Name of owning (parent) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| M12 LLC | De | | 99 |

**Registered agent and registered office currently on file.** (See instructions if you need to make changes.)

Agent: Mark Cole
Office: 9500 New Century Drive
Pasadena, Tx. 77507

○ Blacken this circle if you need forms to change this information. Changes can also be made on-line at http://www.sos.state.tx.us/corp/sosda/index.shtml

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this corporation or limited liability company or a related corporation.

sign here ▶ /s/ Michael R. Curry | Title: Manager | Date: 5-16-05 | Daytime phone (Area code and number)




| UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout |

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 154642500 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | August 10, 1999 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32001733156 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | U.S. DEVELOPMENT GROUP, INC. | | |
| **Address:** | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |

| Last Update | Name | Title | Address |
|---|---|---|---|
| November 15, 2005 | MICHAEL R CURRY | PRESIDENT | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA |
| November 15, 2005 | MICHAEL R CURRY | TREASURER | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA |
| November 15, 2005 | MICHAEL R CURRY | DIRECTOR | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA |
| November 15, 2005 | DANIEL K BORGEN | VICE PRESIDENT | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA |
| November 15, 2005 | DANIEL K BORGEN | DIRECTOR | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA |
| November 15, 2005 | DEAN B TRUITT | DIRECTOR | 9500 NEW CENTURY DRIVE PASADENA, TX 77507 USA |

[ Return to Order ]  [ Return to Search ]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.