# Exhibit N

CAUSE NO. 2005-38821

| | | |
|---|---|---|
| ALEJANDRO BENAVIDEZ | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| RAILSERVE, INC. | § | |
| | § | |
| Defendants. | § | 234th JUDICIAL DISTRICT |

## DEFENDANT DEER PARK RAIL TERMINAL, INC.'S RESPONSES TO PLAINTIFF'S REQUEST FOR DISCLOSURE

TO:   Plaintiff Alejandro Benavidez by and through his attorney of record Wayne D. Collins, Collins & O'Neal, PLLC, 1177 West Loop South 700, Houston TX 77027.

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendant Deer Park Rail Terminal, Inc. ("DPRT") serves its Responses to Plaintiff's Request for Disclosure.

Respectfully submitted,

SHEEHY, SERPE & WARE, P.C.

By: _____

Raymond A. Neuer
State Bar No. 14928350
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
Tel: (713) 951-1000
Fax: (713) 951-1199

***Attorneys for Defendant***
***Deer Park Rail Terminal, Inc.***

-1-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record in accordance with the Texas Rules of Civil Procedure on this the 9th day of October 2006.


Raymond A. Neuer

1056207_1.DOC

## DEFENDANT DEER PARK RAIL TERMIANL, INC.'S RESPONSES TO PLAINTIFF'S REQUEST FOR DISCLOSURE

(a)     The correct names of the parties to the lawsuit;

**RESPONSE:** Alejandro Benavidez
            Railserve, Inc.
            Deer Park Rail Terminal, Inc.
            US Development Group, Inc.

(b)     The name, address, and telephone number of any potential parties;

**RESPONSE:** None known at this time.

(c)     The legal theories and, in general, the factual bases of the responding party's claims or defenses (the responding party need not marshal all evidence that may be offered at trial);

**RESPONSE:** DPRT owed no duty to Plaintiff. DPRT was not the owner of the premises at the time of the incident forming the basis of this lawsuit.  DPRT is not a common carrier and has no FELA liability.  No act or omission on the part of DPRT was a proximate cause of damages to Plaintiff.  Plaintiff's claims are barred by the doctrine of contributory negligence.  The Plaintiff's work was supervised and controlled by Railserve, Inc., not DPRT.

(d)     The amount and any method of calculating economic damages;

**RESPONSE:** DPRT is not claiming economic damages in this case.

(e)     The name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;

**RESPONSE:** Alejandro Benavidez
            4418 W. Pasadena Blvd.
            Deer Park, TX 77536
            281-478-4703
            Plaintiff

            David Jones
            Railserve, Inc.
            5100 Underwood Road
            Pasadena, TX 77507
            Site Leader

Herman Bennett
Railserve, Inc.
5100 Underwood Road
Pasadena, TX 77507
281-457-2038
Crew Leader

Devon Stroud
Railserve, Inc.
5100 Underwood Road
Pasadena, TX 77507
832-867-1083
Operator

Mike Henderson
Railserve, Inc.
5100 Underwood Road
Pasadena, TX 77507
281-639-1161
Yardmaster

Rick Orms
Regional Leader
Railserve, Inc.
DPRT - Deer Park Rail Terminal
5100 Underwood Road
Pasadena, TX 77507

Tim Benjamin
Railserve, Inc.
1691 Phoenix Boulevard, Suite 110
Atlanta, GA 30349

Paul Tucker
U.S. Development
[address to come]

Deputy A. Alanis
Harris County Sheriff's Office
Unit 4377
14350 Wallsville
Houston, TX 77049
713-455-8050

-4-

(f)     For any testifying expert:

    (1)     The expert's name, address, and telephone number;

    (2)     The subject matter on which the expert will testify;

    (3)     The general substance of the expert's mental impressions and opinions had a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information;

    (4)     If the expert is retained by, employed by, or otherwise subject to the control of the responding party;

    (A)     All documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipate of the expert's testimony; and

    (B)     The expert's current resume and bibliography;

**RESPONSE:** DPRT has not designated experts at this time.   DPRT will supplement this response to Request for Disclosure at a later date.

(g)     Any discoverable indemnity and insuring agreements;

**RESPONSE:** See the certificate of insurance produced in response to Request for Production reflecting that workers compensation insurance was provided to Mr. Benavidez at the time of the accident forming the basis of this case.

(h)     Any discoverable settlement agreements;

**RESPONSE:** None.

(i)     Any discoverable witness statements;

**RESPONSE:** See witness statements produced in response to Request for Production by Railserve, Inc.

(j)     In a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;

**RESPONSE:** Counsel for DPRT is in possession of the medical records regarding the Plaintiff which are available for inspection and copying at the offices of Sheehy, Serpe & Ware, P.C. at a mutually convenient date and time.

(k)    In a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party.

**RESPONSE:** Not applicable.

(l)    The name, address, and telephone number of any person who may be designated as a responsible third party.

**RESPONSE:** Unknown at this time.

# ACORD CERTIFICATE OF LIABILITY INSURANCE

| | | CSR CH DEERP-1 | DATE (MM/DD/YYYY) 10/04/06 |
|---|---|---|---|

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | | |
|---|---|---|---|
| Brown & Brown of Texas, Inc.<br>PO Box 670728<br>Houston TX 77267-0728<br>Phone:281-260-2000  Fax:281-260-3065 | | | |
| | INSURERS AFFORDING COVERAGE | | NAIC # |
| INSURED | INSURER A    Lexington Insurance Company | | 19437 |
| | INSURER B | | |
| Deer Park Rail Terminal<br>9500 New Century Drive<br>Pasadena TX 77507 | INSURER C | | |
| | INSURER D | | |
| | INSURER E | | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | GENERAL AGGREGATE | $ |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PRO-JECT ☐ LOC | | | | PRODUCTS - COMP/OP AGG | $ |
| | | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ☐ ANY AUTO | | | | | |
| | | ☐ ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | ☐ SCHEDULED AUTOS | | | | | |
| | | ☐ HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | ☐ NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ☐ ANY AUTO | | | | OTHER THAN    EA ACC | $ |
| | | | | | | AUTO ONLY:         AGG | $ |
| A | | **EXCESS/UMBRELLA LIABILITY** | 2241810 | 04/01/05 | 04/01/06 | EACH OCCURRENCE | $ 30,000,000 |
| | | ☐ OCCUR ☒ CLAIMS MADE | | | | AGGREGATE | $ 60,000,000 |
| | | | | | | | $ |
| | | ☐ DEDUCTIBLE | | | | | $ |
| | | ☐ RETENTION $ | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? | | | | E.L. EACH ACCIDENT | $ |
| | | If yes, describe under SPECIAL PROVISIONS below | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| SAMCE01 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL **10** DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. |
| Sample Certificate | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2001/08)                                                            © ACORD CORPORATION 1988

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

## DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

**ACORD 25 (2001/08)**

RECEIVED
OCT 1 1 2006
By_____

SHEEHY, SERPE & WARE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2500 TWO HOUSTON CENTER
909 FANNIN STREET
HOUSTON. TEXAS 77010-1008
WWW.SSWPC.COM

TELEPHONE (713) 951-1000    TELECOPIER (713) 951-1199

October 9, 2006

RAYMOND A. NEUER.
DIRECT LINE (713) 951-1027
E-MAIL RNEUER@SSWPC.COM

GALVESTON OFFICE
2200 MARKET STREET, SUITE 700
GALVESTON. TEXAS 77550
(409) 621-1818

Mr. Wayne D. Collins
Collins & O'Neal, PLLC
1177 West Loop South 700
Houston TX 77027

*Via CMRRR 7004 1160 0007 3515 7447*

Re:    Cause No. 2005-38821; *Alejandro Benavides v. Railserve, Inc.*; In the 234th Judicial District Court of Harris County, Texas

Dear Wayne:

Enclosed please find the following:

(1)    Defendant Deer Park Rail Terminal, Inc.'s Responses to Plaintiff's Request for Disclosure; and

(2)    Defendant U.S. Development Group, Inc.'s Responses to Plaintiff's Request for Disclosure.

Thank you for your attention to this matter.  If you have any questions, please call.

Very truly yours,

Raymond A. Neuer

Enclosures
RAN/nmc
1060113_1.DOC