CAUSE NO. 2005-38821

| | | |
|---|---|---|
| ALEJANDRO BENAVIDEZ | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| RAILSERVE, INC. | § | |
| | § | |
| Defendants. | § | 234th JUDICIAL DISTRICT |

## DEFENDANT U.S. DEVELOPMENT GROUP, INC.'S RESPONSES TO PLAINTIFF'S REQUEST FOR DISCLOSURE

TO:   Plaintiff Alejandro Benavidez by and through his attorney of record Wayne D. Collins, Collins & O'Neal, PLLC, 1177 West Loop South 700, Houston TX 77027.

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendant U.S. Development Group, Inc. ("USDG") serves its Responses to Plaintiff's Request for Disclosure.

Respectfully submitted,

SHEEHY, SERPE & WARE, P.C.

By: _____
    Raymond A. Neuer
    State Bar No. 14928350
    2500 Two Houston Center
    909 Fannin Street
    Houston, Texas 77010-1003
    Tel: (713) 951-1000
    Fax: (713) 951-1199

*Attorneys for Defendant*
*U.S. Development Group, Inc.*

-1-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record in accordance with the Texas Rules of Civil Procedure on this the 9th day of October 2006.

_____
Raymond A. Neuer

1056208_1.DOC

## DEFENDANT U.S. DEVELOPMENT GROUP, INC.'S RESPONSES TO PLAINTIFF'S REQUEST FOR DISCLOSURE

(a)     The correct names of the parties to the lawsuit;

**RESPONSE:** Alejandro Benavidez
                    Railserve, Inc.
                    Deer Park Rail Terminal, Inc.
                    U.S. Development Group, Inc.

(b)     The name, address, and telephone number of any potential parties;

**RESPONSE:** None known at this time.

(c)     The legal theories and, in general, the factual bases of the responding party's claims or defenses (the responding party need not marshal all evidence that may be offered at trial);

**RESPONSE:** USDG did not owe plaintiff a duty.   USDG is not a common carrier and has no FELA liability.  No act or omission on the part of USDG was a proximate cause of damages to Plaintiff.  Plaintiff's claims are barred by the doctrine of contributory negligence.  The Plaintiff's work was supervised and controlled by Railserve, Inc., not USDG.

(d)     The amount and any method of calculating economic damages;

**RESPONSE:** USDG is not claiming economic damages in this case.

(e)     The name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;

**RESPONSE:** Alejandro Benavidez
                    4418 W. Pasadena Blvd.
                    Deer Park, TX 77536
                    281-478-4703
                    Plaintiff

                    David Jones
                    Railserve, Inc.
                    5100 Underwood Road
                    Pasadena, TX 77507
                    Site Leader

Herman Bennett
Railserve, Inc.
5100 Underwood Road
Pasadena, TX 77507
281-457-2038
Crew Leader

Devon Stroud
Railserve, Inc.
5100 Underwood Road
Pasadena, TX 77507
832-867-1083
Operator

Mike Henderson
Railserve, Inc.
5100 Underwood Road
Pasadena, TX 77507
281-639-1161
Yardmaster

Rick Orms
Regional Leader
Railserve, Inc.
DPRT - Deer Park Rail Terminal
5100 Underwood Road
Pasadena, TX 77507

Tim Benjamin
Railserve, Inc.
1691 Phoenix Boulevard, Suite 110
Atlanta, GA 30349

Paul Tucker
U.S. Development Group
[address to come]

Deputy A. Alanis
Harris County Sheriff's Office
Unit 4377
14350 Wallsville
Houston, TX 77049
713-455-8050

-4-

(f)     For any testifying expert:

    (1)     The expert's name, address, and telephone number;

    (2)     The subject matter on which the expert will testify;

    (3)     The general substance of the expert's mental impressions and opinions had a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information;

    (4)     If the expert is retained by, employed by, or otherwise subject to the control of the responding party;

    (A)     All documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipate of the expert's testimony; and

    (B)     The expert's current resume and bibliography;

**RESPONSE:** USDG has not designated experts at this time.   USDG will supplement this response to Request for Disclosure at a later date.

(g)     Any discoverable indemnity and insuring agreements;

**RESPONSE:** Will supplement.

(h)     Any discoverable settlement agreements;

**RESPONSE:** None.

(i)     Any discoverable witness statements;

**RESPONSE:** See witness statements produced in response to Request for Production by Railserve, Inc.

(j)     In a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;

**RESPONSE:** Counsel for USDG is in possession of the medical records regarding the Plaintiff which are available for inspection and copying at the offices of Sheehy, Serpe & Ware, P.C. at a mutually convenient date and time.

(k)     In a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party.

**RESPONSE:** Not applicable.

(l)     The name, address, and telephone number of any person who may be designated as a responsible third party.

**RESPONSE:** Unknown at this time.

**ACORD.**    **CERTIFICATE OF LIABILITY INSURANCE**

| | CSR CH<br>DEERP-1 | DATE (MM/DD/YYYY)<br>10/04/06 |
|---|---|---|

**PRODUCER**

Brown & Brown of Texas, Inc.
PO Box 670728
Houston TX 77267-0728
Phone:281-260-2000  Fax:281-260-3065

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURED**

Deer Park Rail Terminal
9500 New Century Drive
Pasadena TX 77507

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A:  Lexington Insurance Company | 19437 |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

**COVERAGES**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ |
| | | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | GENERAL AGGREGATE | $ |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PRO-JECT ☐ LOC | | | | PRODUCTS - COMP/OP AGG | $ |
| | | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ☐ ANY AUTO | | | | | |
| | | ☐ ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | ☐ SCHEDULED AUTOS | | | | | |
| | | ☐ HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | ☐ NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ☐ ANY AUTO | | | | OTHER THAN   EA ACC | $ |
| | | | | | | AUTO ONLY:   AGG | $ |
| A | | **EXCESS/UMBRELLA LIABILITY** | 2241810 | 04/01/05 | 04/01/06 | EACH OCCURRENCE | $ 30,000,000 |
| | | ☐ OCCUR ☒ CLAIMS MADE | | | | AGGREGATE | $ 60,000,000 |
| | | | | | | | $ |
| | | ☐ DEDUCTIBLE | | | | | $ |
| | | ☐ RETENTION   $ | | | | | |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | ☐ WC STATU-TORY LIMITS ☐ OTHER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? | | | | E.L. EACH ACCIDENT | $ |
| | | If yes, descibe under SPECIAL PROVISIONS below | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | **OTHER** | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|

SAMCE01

Sample Certificate

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  10  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

**ACORD 25 (2001/08)**        © ACORD CORPORATION 1988

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

## DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

**ACORD 25 (2001/08)**