UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALEJANDRO BENAVIDEZ | § § § | |
| VS. | § § | CIVIL ACTION 3:07-CV-00105 [JURY] |
| BURLINGTON NORTHERN SANTA FE CORP., ET AL | § § § | |

**PLAINTIFF'S FIRST SUPPLEMENTAL DESIGNATION OF EXPERTS**

COMES NOW PLAINTIFF in the above-entitled and numbered cause and files this First Amended Designation of Experts, as follows:

1. Charles L. Culver
   17625 El Camino Real, Suite 395
   Houston, Texas 77058
   281-486-1859

   Charles L. Culver is a former certified locomotive engineer and has been qualified as an instructor of Operating Rules, Safety Rules, and Air Brake and Train Handling Rules applicable to trainmen and engineers through his training with Union Pacific Railroad. Mr. Culver will testify as to his assessment of train handling, railroad operations, rules compliance, industry practice/standards, as well as the actions and responsibilities of railroad personnel as applicable to the circumstances of this incident. His report, CV and rate sheet have been previously produced.

2. Jacqueline Kelly, MD, JD
   Certified Life Care Planner
   904 W. 30th Street
   Austin, Texas 78705
   512-587-0065

   Jacqueline Kelly is a Certified Life Care Planner whose expertise is formulating life care plans for patients with various injuries such as spinal cord injuries, traumatic brain injuries, musculoskeletal trauma, amputation, and multiple disabilities. Dr. Kelly has been a practicing physician for approximately twenty-five years and maintained a law practice from 1991-2001. She will testify as to all aspects of the Life Care Plan she developed for Plaintiff Alex Benavidez. Her report, CV, and rate sheet have been previously produced.

3.    Thomas H. Mayor, Ph.D.
      5555 Del Monte, Suite 1306
      Houston, Texas 77056-4148
      713-552-1522

      Dr. Mayor is an economist who teaches as a Professor of Economics at the University of Houston. Dr. Mayor will testify as to the economic damages incurred by Plaintiff. Dr. Mayor will testify as to Plaintiff's Annual Net Base Earning Capacity, Loss of Earning Capacity, Present Value of Future Unimpaired Earning Capacity, Loss of Future Earning Capacity and Future Cost of Care. His report, CV and rate sheet have been previously produced. Attached hereto as "Exhibit A" is the supplements and updates to present value tables of lost wages and life care plan.

      Respectfully submitted,

      WAYNE D. COLLINS
      State Bar No.: 00796384
      COLLINS & O'NEAL, PLLC
      1177 West Loop South, Suite 700
      Houston, Texas 77027
      Telephone (713) 222-0381
      Facsimile (713) 759-9650

      **ATTORNEY IN CHARGE**
      **FOR PLAINTIFF**

OF COUNSEL:
Francis I. Spagnoletti
State Bar No.: 18869600
1600 Smith, 45th Floor
Houston, Texas 77002
Telephone (713) 653-5600
Facsimile (713) 653-5656

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record via Southern District of Texas Electronic Filing System, in accordance with the Federal Rules of Civil Procedure on this 19$^h$ day of May, 2008.

_____
Wayne D. Collins

DR. THOMAS H. MAYOR

May 17, 2008

Mr. Wayne D. Collins
Collins & O'Neal
1177 West Loop South, Suite 700
Houston, Texas 77027

Re: Alex Benavidez

Dear Mr. Collins:

Attached are the three calculations that I have prepared in this case revised to a trial date of May 27, 2008. There are no changes in the methodology as described in my 2007 preliminary report and in my deposition.

*[signature]*
Thomas H. Mayor, Ph. D.

5555 Del Monte, Suite 1306
Houston, Texas 77056
713-552-1522

PLAINTIFF'S
EXHIBIT
A

TABLE 1
UNIMPAIRED EARNING CAPACITY - MR. ALEX BENAVIDEZ

| YEAR (1) | AGE (2) | EARN (3) | PV (4) | CUMPV (5) | EARN (6) | PV (7) | CUMPV (8) |
|---|---|---|---|---|---|---|---|
| 2005 | 23 | 14,300 | | | | | |
| 2006 | 24 | 20,000 | | | | | |
| 2007 | 25 | 20,000 | | | | | |
| 2008 | 26 | 8,060 | | | | | |
| TO 5/27/07 | | 62,360 | | | | | |
| 2008 | 26 | 19,504 | 19,504 | 19,504 | 19,504 | 19,504 | 19,504 |
| 2009 | 27 | 33,241 | 33,076 | 52,579 | 32,914 | 32,589 | 52,092 |
| 2010 | 28 | 33,823 | 33,487 | 86,067 | 33,161 | 32,508 | 84,600 |
| 2011 | 29 | 34,415 | 33,904 | 119,970 | 33,410 | 32,427 | 117,028 |
| 2012 | 30 | 35,017 | 34,325 | 154,296 | 33,661 | 32,347 | 149,375 |
| 2013 | 31 | 35,630 | 34,752 | 189,048 | 33,913 | 32,267 | 181,642 |
| 2014 | 32 | 36,253 | 35,185 | 224,232 | 34,167 | 32,187 | 213,829 |
| 2015 | 33 | 36,888 | 35,622 | 259,854 | 34,424 | 32,108 | 245,937 |
| 2016 | 34 | 37,533 | 36,065 | 295,920 | 34,682 | 32,028 | 277,965 |
| 2017 | 35 | 38,190 | 36,514 | 332,433 | 34,942 | 31,949 | 309,913 |
| 2018 | 36 | 38,858 | 36,968 | 369,401 | 35,204 | 31,870 | 341,783 |
| 2019 | 37 | 39,538 | 37,428 | 406,829 | 35,468 | 31,791 | 373,574 |
| 2020 | 38 | 40,230 | 37,893 | 444,722 | 35,734 | 31,712 | 405,286 |
| 2021 | 39 | 40,934 | 38,365 | 483,087 | 36,002 | 31,634 | 436,920 |
| 2022 | 40 | 41,651 | 38,842 | 521,929 | 36,272 | 31,555 | 468,475 |
| 2023 | 41 | 42,380 | 39,325 | 561,253 | 36,544 | 31,477 | 499,952 |
| 2024 | 42 | 43,121 | 39,814 | 601,067 | 36,818 | 31,399 | 531,352 |
| 2025 | 43 | 43,876 | 40,309 | 641,377 | 37,094 | 31,322 | 562,673 |
| 2026 | 44 | 44,644 | 40,810 | 682,187 | 37,373 | 31,244 | 593,917 |
| 2027 | 45 | 45,425 | 41,318 | 723,505 | 37,653 | 31,167 | 625,084 |
| 2028 | 46 | 46,220 | 41,832 | 765,337 | 37,935 | 31,090 | 656,174 |
| 2029 | 47 | 47,029 | 42,352 | 807,689 | 38,220 | 31,013 | 687,186 |
| 2030 | 48 | 47,852 | 42,879 | 850,568 | 38,506 | 30,936 | 718,122 |
| 2031 | 49 | 48,689 | 43,412 | 893,981 | 38,795 | 30,859 | 748,982 |
| 2032 | 50 | 49,541 | 43,952 | 937,933 | 39,086 | 30,783 | 779,765 |
| 2033 | 51 | 50,408 | 44,499 | 982,432 | 39,379 | 30,707 | 810,471 |
| 2034 | 52 | 51,290 | 45,052 | 1,027,485 | 39,675 | 30,631 | 841,102 |
| 2035 | 53 | 52,188 | 45,613 | 1,073,098 | 39,972 | 30,555 | 871,657 |
| 2036 | 54 | 53,101 | 46,180 | 1,119,278 | 40,272 | 30,479 | 902,136 |
| 2037 | 55 | 54,031 | 46,755 | 1,166,032 | 40,574 | 30,404 | 932,540 |
| 2038 | 56 | 54,976 | 47,336 | 1,213,368 | 40,878 | 30,329 | 962,869 |
| 2039 | 57 | 55,938 | 47,925 | 1,261,293 | 41,185 | 30,253 | 993,122 |
| 2040 | 58 | 18,896 | 16,109 | 1,277,402 | 13,776 | 10,019 | 1,003,141 |
| FUTURE TO AGE 59.2 | | | 1,277,402 | | | 1,003,141 | |
| MID-POINT OF RANGE | | | | | 1,140,272 | | |

Note: Based on earnings of average Hispanic male high school graduate.

TABLE 2
UNIMPAIRED EARNING CAPACITY - MR. ALEX BENAVIDEZ

| YEAR (1) | AGE (2) | EARN (3) | PV (4) | CUMPV (5) | EARN (6) | PV (7) | CUMPV (8) |
|---|---|---|---|---|---|---|---|
| 2005 | 23 | 14,300 | | | | | |
| 2006 | 24 | 20,000 | | | | | |
| 2007 | 25 | 20,000 | | | | | |
| 2008 | 26 | 8,060 | | | | | |
| TO 5/27/08 | | 62,360 | | | | | |
| 2008 | 26 | 49,364 | 49,364 | 49,364 | 49,364 | 49,364 | 49,364 |
| 2009 | 27 | 84,134 | 83,715 | 133,079 | 83,307 | 82,482 | 131,846 |
| 2010 | 28 | 85,606 | 84,756 | 217,835 | 83,931 | 82,278 | 214,123 |
| 2011 | 29 | 87,104 | 85,810 | 303,645 | 84,561 | 82,074 | 296,197 |
| 2012 | 30 | 88,628 | 86,878 | 390,523 | 85,195 | 81,871 | 378,068 |
| 2013 | 31 | 90,179 | 87,958 | 478,481 | 85,834 | 81,668 | 459,736 |
| 2014 | 32 | 91,757 | 89,052 | 567,533 | 86,478 | 81,466 | 541,202 |
| 2015 | 33 | 93,363 | 90,160 | 657,693 | 87,126 | 81,264 | 622,467 |
| 2016 | 34 | 94,997 | 91,281 | 748,974 | 87,780 | 81,063 | 703,530 |
| 2017 | 35 | 96,659 | 92,417 | 841,391 | 88,438 | 80,863 | 784,393 |
| 2018 | 36 | 98,351 | 93,566 | 934,957 | 89,102 | 80,662 | 865,055 |
| 2019 | 37 | 100,072 | 94,730 | 1,029,687 | 89,770 | 80,463 | 945,518 |
| 2020 | 38 | 101,823 | 95,908 | 1,125,595 | 90,443 | 80,264 | 1,025,782 |
| 2021 | 39 | 103,605 | 97,101 | 1,222,696 | 91,121 | 80,065 | 1,105,847 |
| 2022 | 40 | 105,418 | 98,309 | 1,321,004 | 91,805 | 79,867 | 1,185,713 |
| 2023 | 41 | 107,263 | 99,531 | 1,420,536 | 92,493 | 79,669 | 1,265,382 |
| 2024 | 42 | 109,140 | 100,769 | 1,521,305 | 93,187 | 79,472 | 1,344,854 |
| 2025 | 43 | 111,050 | 102,023 | 1,623,328 | 93,886 | 79,275 | 1,424,130 |
| 2026 | 44 | 112,994 | 103,292 | 1,726,619 | 94,590 | 79,079 | 1,503,208 |
| 2027 | 45 | 114,971 | 104,576 | 1,831,196 | 95,300 | 78,883 | 1,582,092 |
| 2028 | 46 | 116,983 | 105,877 | 1,937,073 | 96,014 | 78,688 | 1,660,780 |
| 2029 | 47 | 119,030 | 107,194 | 2,044,267 | 96,734 | 78,493 | 1,739,273 |
| 2030 | 48 | 121,113 | 108,527 | 2,152,794 | 97,460 | 78,299 | 1,817,572 |
| 2031 | 49 | 123,233 | 109,877 | 2,262,671 | 98,191 | 78,105 | 1,895,677 |
| 2032 | 50 | 125,389 | 111,244 | 2,373,914 | 98,927 | 77,912 | 1,973,589 |
| 2033 | 51 | 127,584 | 112,627 | 2,486,542 | 99,669 | 77,719 | 2,051,307 |
| 2034 | 52 | 129,816 | 114,028 | 2,600,570 | 100,417 | 77,527 | 2,128,834 |
| 2035 | 53 | 132,088 | 115,446 | 2,716,016 | 101,170 | 77,335 | 2,206,169 |
| 2036 | 54 | 134,400 | 116,882 | 2,832,898 | 101,929 | 77,143 | 2,283,312 |
| 2037 | 55 | 136,752 | 118,336 | 2,951,234 | 102,693 | 76,952 | 2,360,264 |
| 2038 | 56 | 139,145 | 119,808 | 3,071,042 | 103,463 | 76,762 | 2,437,026 |
| 2039 | 57 | 141,580 | 121,298 | 3,192,340 | 104,239 | 76,572 | 2,513,598 |
| 2040 | 58 | 47,827 | 40,772 | 3,233,112 | 34,867 | 25,359 | 2,538,957 |
| FUTURE TO AGE 59.2 | | | 3,233,112 | | | 2,538,957 | |
| MID-POINT OF RANGE | | | | | 2,886,034 | | |

Note: Based on average earnings of railroad workers.

## TABLE 3
### FUTURE MEDICAL CARE - MR. ALEX BENAVIDEZ

| YEAR (1) | AGE (2) | CARE (3) | PV (4) | CUMPV (5) | CARE (6) | PV (7) | CUMPV (8) |
|---|---|---|---|---|---|---|---|
| 2008 | 26 | 10,877 | 10,877 | 10,877 | 10,770 | 10,770 | 10,770 |
| 2009 | 27 | 18,219 | 18,128 | 29,005 | 18,040 | 17,861 | 28,631 |
| 2010 | 28 | 18,538 | 18,354 | 47,358 | 18,175 | 17,817 | 46,448 |
| 2011 | 29 | 18,862 | 18,582 | 65,940 | 18,311 | 17,773 | 64,220 |
| 2012 | 30 | 19,192 | 18,813 | 84,753 | 18,449 | 17,729 | 81,949 |
| 2013 | 31 | 19,528 | 19,047 | 103,800 | 18,587 | 17,685 | 99,634 |
| 2014 | 32 | 19,870 | 19,284 | 123,084 | 18,726 | 17,641 | 117,275 |
| 2015 | 33 | 20,217 | 19,524 | 142,607 | 18,867 | 17,597 | 134,872 |
| 2016 | 34 | 20,571 | 19,767 | 162,374 | 19,008 | 17,554 | 152,426 |
| 2017 | 35 | 20,931 | 20,012 | 182,386 | 19,151 | 17,510 | 169,937 |
| 2018 | 36 | 21,297 | 20,261 | 202,648 | 19,295 | 17,467 | 187,404 |
| 2019 | 37 | 21,670 | 20,513 | 223,161 | 19,439 | 17,424 | 204,828 |
| 2020 | 38 | 22,049 | 20,768 | 243,929 | 19,585 | 17,381 | 222,208 |
| 2021 | 39 | 22,435 | 21,027 | 264,956 | 19,732 | 17,338 | 239,546 |
| 2022 | 40 | 22,828 | 21,288 | 286,244 | 19,880 | 17,295 | 256,841 |
| 2023 | 41 | 23,227 | 21,553 | 307,797 | 20,029 | 17,252 | 274,093 |
| 2024 | 42 | 23,634 | 21,821 | 329,618 | 20,179 | 17,209 | 291,302 |
| 2025 | 43 | 24,047 | 22,093 | 351,711 | 20,331 | 17,167 | 308,469 |
| 2026 | 44 | 24,468 | 22,367 | 374,078 | 20,483 | 17,124 | 325,593 |
| 2027 | 45 | 24,896 | 22,646 | 396,724 | 20,637 | 17,082 | 342,675 |
| 2028 | 46 | 25,332 | 22,927 | 419,651 | 20,791 | 17,040 | 359,714 |
| 2029 | 47 | 25,775 | 23,212 | 442,863 | 20,947 | 16,997 | 376,711 |
| 2030 | 48 | 26,227 | 23,501 | 466,364 | 21,104 | 16,955 | 393,667 |
| 2031 | 49 | 26,685 | 23,793 | 490,158 | 21,263 | 16,913 | 410,580 |
| 2032 | 50 | 27,152 | 24,089 | 514,247 | 21,422 | 16,871 | 427,451 |
| 2033 | 51 | 27,628 | 24,389 | 538,636 | 21,583 | 16,830 | 444,281 |
| 2034 | 52 | 28,111 | 24,692 | 563,328 | 21,745 | 16,788 | 461,069 |
| 2035 | 53 | 28,603 | 24,999 | 588,327 | 21,908 | 16,746 | 477,816 |
| 2036 | 54 | 29,104 | 25,310 | 613,638 | 22,072 | 16,705 | 494,521 |
| 2037 | 55 | 29,613 | 25,625 | 639,263 | 22,238 | 16,664 | 511,184 |
| 2038 | 56 | 30,131 | 25,944 | 665,207 | 22,404 | 16,622 | 527,807 |
| 2039 | 57 | 30,658 | 26,267 | 691,473 | 22,573 | 16,581 | 544,388 |
| 2040 | 58 | 31,195 | 26,593 | 718,066 | 22,742 | 16,540 | 560,928 |
| 2041 | 59 | 31,741 | 26,924 | 744,990 | 22,912 | 16,499 | 577,427 |
| 2042 | 60 | 32,296 | 27,259 | 772,249 | 23,084 | 16,458 | 593,886 |
| 2043 | 61 | 32,862 | 27,598 | 799,847 | 23,257 | 16,418 | 610,303 |
| 2044 | 62 | 33,437 | 27,941 | 827,788 | 23,432 | 16,377 | 626,680 |
| 2045 | 63 | 34,022 | 28,289 | 856,077 | 23,608 | 16,337 | 643,017 |
| 2046 | 64 | 34,617 | 28,641 | 884,717 | 23,785 | 16,296 | 659,313 |
| 2047 | 65 | 35,223 | 28,997 | 913,714 | 23,963 | 16,256 | 675,569 |
| 2048 | 66 | 35,839 | 29,357 | 943,072 | 24,143 | 16,216 | 691,784 |
| 2049 | 67 | 36,467 | 29,723 | 972,794 | 24,324 | 16,175 | 707,960 |
| 2050 | 68 | 37,105 | 30,092 | 1,002,886 | 24,506 | 16,135 | 724,095 |
| 2051 | 69 | 37,754 | 30,467 | 1,033,353 | 24,690 | 16,095 | 740,190 |
| 2052 | 70 | 38,415 | 30,845 | 1,064,198 | 24,875 | 16,056 | 756,246 |
| 2053 | 71 | 39,087 | 31,229 | 1,095,427 | 25,062 | 16,016 | 772,262 |
| 2054 | 72 | 39,771 | 31,618 | 1,127,045 | 25,250 | 15,976 | 788,238 |
| 2055 | 73 | 40,467 | 32,011 | 1,159,056 | 25,439 | 15,937 | 804,175 |
| 2056 | 74 | 41,175 | 32,409 | 1,191,465 | 25,630 | 15,897 | 820,072 |
| 2057 | 75 | 34,857 | 27,300 | 1,218,764 | 21,484 | 13,194 | 833,265 |
| FUTURE TO AGE 76.7 | | | **1,218,764** | | | | **833,265** |
| MID-POINT OF RANGE | | | | | | | **1,026,015** |