IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEJANDRO BENAVIDEZ, | § § | |
| v. | § § | CIVIL ACTION NO: 3:07-CV-00105 (JURY TRIAL DEMANDED) |
| BURLINGTON NORTHERN SANTA FE CORP., ET AL., | § § § | |

## JUDGMENT

On this day, the parties appeared by and through their attorneys of record and requested that the Court enter a take nothing judgment. The Court, having considered all matters of record, is of the opinion that a take nothing judgment should be entered. It is therefore

ORDERED that Alejandro Benavidez shall take nothing from Defendants Railserve, Inc., Deer Park Rail Terminal, LLC and USD, LLC and that Defendants Railserve, Inc., Deer Park Rail Terminal, LLC and USD, LLC are hereby fully and finally acquitted, released and discharged from any and all claims and causes of action that have been pled or could have been pled in this case. It is further

ORDERED that each party shall bear its own costs.

This Judgment is final.

SIGNED this _____ day of _____, 2008.

_____
JUDGE PRESIDING

**AGREED:**

COLLINS & O'NEAL, P.L.L.C.

By: _____
Wayne D. Collins
1177 West Loop South, Suite 700
Houston, Texas 77027
713.222.0381 – telephone
713.759.9650 – facsimile

*Counsel for Plaintiff*
*Alejandro Benavidez*


SHEEHY SERPE & WARE, P.C.

By: _____
Raymond A. Neuer
State Bar No. 1498350
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010
713.951.1000 – telephone
713.951.1199 – facsimile

*Attorneys for Defendant*
*Railserve, Inc., Deer Park Rail*
*Terminal, LLC and USD, LLC*